ORIGINAL

Name & Address:
Laurence M. Rosen, Esq. (SBN 219683)
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
tel: (213) 785-2610
fax: (213) 226-4684

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dalton Petrie, Individually and on behalf of all others similarly situated, <br><br> PLAINTIFF(S) <br> v. <br><br> Electronic Game Card, Inc., Lee J. Cole, Linden Boyne, and Kevin Donovan, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACV 10-00252 DOC(RNBx) <br><br> SUMMONS |

FOR OFFICE USE ONLY

TO: DEFENDANT(S): Named above

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Laurence M. Rosen__, whose address is __333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __3-2-10__     By: __T. DeBose__
                          Deputy Clerk
                          (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1144

CV-01A (12/07)     SUMMONS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>Laurence Rosen SBN 219683<br>Rosen Law Firm, P.A.<br>350 5th Avenue Suite 5508<br>New York, NY 10118<br>(212)686-1060<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>411 W Fourth St<br>Santa Ana, CA 92701 | |
| PLAINTIFF/PETITIONER: Dalton Petrie et al.<br>DEFENDANT/RESPONDENT: Electronic Game Care, Inc et al. | CASE NUMBER:<br>sacv10-00252 |
| Proof of Service of Summons | REF NO OR FILE NO:<br>EGMI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   Summons

   Complaint

3a. Party Served:

   Electronic Game Card, Inc.
   By Serving , Agent for Service

4. Address where the party was served:

   5405 Alton Parkway A-353
   Irvine, CA 92604

5. I served the party:
   b. By substituted service. On: 4/20/2010 at: 02:35 PM I left the documents listed in item 2 with or in the presence of:

   Roya Pahmoyesi
   Person In Charge

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

   A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Electronic Game Card, Inc.

   under the following Code of Civil Procedure section:

   416.10 (Corporation)

CONTINUED ON NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Revised January 1, 2007]

**Proof of Service of Summons**

Code of Civil Procedure, §417.10

Invoice No:   751845

| PLAINTIFF/PETITIONER: Dalton Petrie et al.<br>DEFENDANT/RESPONDENT: Electronic Game Care, Inc et al. | CASE NUMBER:<br>sacv10-00252 |
|---|---|

7. Person who served papers
   a. Name: Andrew Swatzell
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 69.50
   e. I am:
   (3) [X] a registered California process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: 2246   Expires: 1/14/2011
       (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/24/2010

Andrew Swatzell

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12

Form Adopted for Mandatory Use
Judicial Council of California  POS-010
[Revised January 1, 2007]

**Proof of Service of Summons**

Code of Civil Procedure, §417.10

Invoice No:  751845

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Laurence Rosen SBN 219683<br>Rosen Law Firm, P.A.<br>350 5th Avenue Suite 5508<br>New York, NY 10118<br>ATTORNEY FOR    Plaintiff | (212)686-1060<br><br>Ref. No. or File No.<br>EGMI | |
| SANTA ANA, CALIFORNIA<br>411 W Fourth St<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Dalton Petrie et al. vs Electronic Game Care, Inc et al. | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 751845 | | | | sacv10-00252 |

Proof of Service by Mail

I am a citizen of the United States and employed in the County of Orange State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On 04/23/2010 after substituted service under section C.C.P. 415.20(a) or 415.20(b), was made, I served the within:

Summons; Complaint;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: Santa Ana, California, addressed as follows:

Electronic Game Card, Inc.
5405 Alton Parkway A-353
Irvine, CA 92604

Declarant:
   a. Name: Roland Garza
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 69.50
   e. I am:
   (3) [X] a registered California process server:
       (i) [X] Employee
       (ii) Registration No.: PSC2131
       (iii) County: Orange

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/24/2010

Roland Garza

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12

Proof of Service by Mail