# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV10-0252-DOC(RNBx)                    Date   May 28, 2010

Title    DALTON PETRIE -V- ELECTRONIC GAME CARD

---

Present: The       DAVID O. CARTER, United States District Judge
Honorable

| Stephanie Mikhail | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                              Not Present

Proceedings:    (In Chambers)        ORDER CONTINUING MOTION HEARING


The Court orders the hearing on the following motions, which is presently set for June 7, 2010, continued to June 14, 2010 at 8:30 a.m.:

1.    Lead Plaintiff Movant Gail Ash's Motion for Consolidation Appointment as Lead Plaintiff, and Approval Counsel [4]

2.    Motion of the Lee Group to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Choice of Counsel [5]

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.


                                                          :      00

                              Initials of Preparer   sdm

---