JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (174882)
FRANCIS A. BOTTINI, JR. (175783)
BRETT M. WEAVER (204715)
KEITH M. COCHRAN (254346)
501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

*Counsel for Lead Plaintiff Movant Gail Ash and Plaintiff James M. Burns*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, and LINDEN BOYNE, and KEVIN DONOVAN,<br><br>Defendants. | No. SACV10-0252 DOC (RNBx)<br><br>**LEAD PLAINTIFF MOVANT GAIL ASH'S NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: June 14, 2010<br>Time: 8:30 a.m.<br>Courtroom: 9D, Santa Ana<br>Judge: Hon. David O. Carter |
| JAMES M. BURNS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, and LINDEN J. H. BOYNE,<br><br>Defendants. | No. SACV10-0258 JVS (ANx) |

LEAD PLAINTIFF MOVANT GAIL ASH'S NOTICE OF WITHDRAWAL OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
NOS. SACV10-0252, 0258

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that under Local Rule 7-16, Movant Gail Ash withdraws her motion, filed on May 3, 2010, for appointment as lead plaintiff and for approval of Johnson Bottini, LLP as lead counsel (Dkt. No. 4). This withdrawal is conditioned on the Court's appointing as lead plaintiff a movant who has a larger financial interest than Ms. Ash. In the event that the Court determines that all movants with larger financial interests are inadequate to serve as lead plaintiffs, Ms. Ash seeks to renew her motion.

This withdrawal shall have no effect upon Ms. Ash's rights as a member of the proposed class, including the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED: June 7, 2010

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON (174882)
FRANCIS A. BOTTINI, JR. (175783)
BRETT M. WEAVER (204715)
KEITH M. COCHRAN (254346)

s/ Brett M. Weaver
BRETT M. WEAVER

501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

*Counsel for Lead Plaintiff Movant Gail Ash and Plaintiff James M. Burns*