Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Stephen D. Hibbard, Esq. (SBN 177865)
SHEARMAN & STERLING LLP
525 Market Street
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile (415) 616-1199
Email: shibbard@shearman.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------------------------x
:
DALTON PETRIE, INDIVIDUALLY :
AND ON BEHALF OF ALL OTHERS :
SIMILARLY SITUATED, :
: CASE NO. SACV 10-0252 DOC
Plaintiff, : (RNBx)
vs. :
:
ELECTRONIC GAME CARD, INC., :
LEE J. COLE, LINDEN BOYNE, AND : STIPULATION EXTENDING
KEVIN DONOVAN, : TIME TO RESPOND TO
: COMPLAINT
Defendants. :
:
:
-----------------------------------------------------------------x

STIPULATION EXTENDING                    CASE NO. SACV 10-0252 DOC (RNBx)
TIME TO RESP TO COMPLAINT                CASE NO. SACV 10-0258 DOC (RNBx)

```
-----------------------------------------------------------x
                                          :
JAMES BURNS, INDIVIDUALLY                 :
AND ON BEHALF OF ALL OTHERS               :
SIMILARLY SITUATED,                       :
                                          :
                                          : CASE NO. SACV 10-0258 DOC
           Plaintiff,                     : (RNBx)
     vs.                                  :
                                          :
                                          :
ELECTRONIC GAME CARD, INC.,               :
LEE J. COLE, LINDEN BOYNE, AND            : STIPULATION EXTENDING
KEVIN DONOVAN,                            : TIME TO RESPOND TO
                                          : COMPLAINT
           Defendants.                    :
                                          :
                                          :
-----------------------------------------------------------x
```

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of Lead Plaintiffs Dr. Thomas Lee, Margaret Yu, and Scott Lovell ("Lead Plaintiffs") and defendants Electronic Game Card, Inc. ("EGCI") and Kevin Donovan (EGCI and Donovan are collectively referred to herein as "Defendants"), as follows:

    1.    Lead Plaintiffs will by August 23, 2010 file an amended complaint that will supersede all previous complaints filed in the above-captioned actions.

    2.    Defendants shall by October 22, 2010 move, answer, or otherwise respond to the amended complaint.  Defendants shall have no obligation until then

---

STIPULATION EXTENDING       2      CASE NO. SACV 10-0252 DOC (RNBx)
TIME TO RESP TO COMPLAINT                    CASE NO. SACV 10-0258 DOC (RNBx)

to move, answer, or otherwise respond to the complaint filed in the above-captioned action.

3. If Defendants move to dismiss the amended complaint, Lead Plaintiffs shall by December 23, 2010 serve and file their papers in opposition to the motion to dismiss.

4. Defendants shall by January 27, 2011 serve their reply brief in further support of their motion to dismiss.

5. The scheduling conference required by Rule 26(f) of the Federal Rules of Civil Procedure is deferred until at least ten days after the disposition of any motion to dismiss filed by Defendants.

6. Defendants each waive service of process of the summons and complaint in this action.

7. Except as provided in paragraph 6, nothing herein shall constitute a waiver of any rights or defenses that the Defendants, or either of them, would otherwise have.

8. This Stipulation does not bind any other defendants in this case.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2010 | THE ROSEN LAW FIRM, P.A. |
| 2 | | /s/ Laurence Rosen, Esq. |
| 3 | | Laurence M. Rosen, Esq. (SBN 219683) |
| | | THE ROSEN LAW FIRM, P.A. |
| 4 | | 333 South Grand Avenue, 25th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Telephone: (213) 785-2610 |
| 6 | | Facsimile: (213) 226-4684 |
| | | Email: lrosen@rosenlegal.com |
| 7 | | |
| 8 | | -and- |
| 9 | | |
| | | Phillip Kim, Esq. (pro hac vice) |
| 10 | | THE ROSEN LAW FIRM, P.A. |
| | | 350 5th Avenue, Suite 5508 |
| 11 | | New York, New York 10118 |
| 12 | | Telephone: (212) 686-1060 |
| | | Facsimile: (212) 202-3827 |
| 13 | | Email: pkim@rosenlegal.com |
| 14 | | |
| | | *Lead Counsel for Plaintiffs* |
| 15 | | |
| 16 | Dated: July 26, 2010 | SHEARMAN & STERLING LLP |
| 17 | | |
| | | /s/ Stephen D. Hibbard, Esq. |
| 18 | | Stephen D. Hibbard, Esq. (SBN 177865) |
| | | SHEARMAN & STERLING LLP |
| 19 | | 525 Market Street |
| 20 | | San Francisco, California  94105 |
| | | Telephone:  (415) 616-1100 |
| 21 | | Facsimile:  (415) 616-1199 |
| 22 | | Email:  shibbard@shearman.com |
| 23 | | |
| | | *Of Counsel:* |
| 24 | | |
| 25 | | Jerome S. Fortinsky, Esq. |
| | | Brian G. Burke, Esq. |
| 26 | | SHEARMAN & STERLING LLP |
| 27 | | 599 Lexington Avenue |
| 28 | STIPULATION EXTENDING<br>TIME TO RESP TO COMPLAINT | 4 | CASE NO. SACV 10-0252 DOC (RNBx)<br>CASE NO. SACV 10-0258 DOC (RNBx) |

| | |
|---|---|
| 1 | New York, New York  10022 |
| 2 | Telephone:  212-848-4000 |
|   | Facsimile:  212-848-7179 |
| 3 | Email:  jfortinsky@shearman.com |
| 4 | *Counsel for Electronic Game Card, Inc.* |
|   | *and Kevin Donovan* |

STIPULATION EXTENDING     5     CASE NO. SACV 10-0252 DOC (RNBx)
TIME TO RESP TO COMPLAINT         CASE NO. SACV 10-0258 DOC (RNBx)