| | |
|---|---|
| 1 | Laurence M. Rosen, Esq. (SBN 219683) |
| 2 | THE ROSEN LAW FIRM, P.A. |
| | 333 South Grand Avenue, 25th Floor |
| 3 | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| 5 | Email: lrosen@rosenlegal.com |
| 6 | |
| | Stephen D. Hibbard, Esq. (SBN 177865) |
| 7 | SHEARMAN & STERLING LLP |
| | 525 Market Street |
| 8 | San Francisco, California 94105 |
| 9 | Telephone: (415) 616-1100 |
| | Facsimile (415) 616-1199 |
| 10 | Email: shibbard@shearman.com |

**DENIED**
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

-----------------------------------------------------------------x

DALTON PETRIE, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

      Plaintiff,

  vs.

ELECTRONIC GAME CARD, INC.,
LEE J. COLE, LINDEN BOYNE, AND
KEVIN DONOVAN,

      Defendants.

: CASE NO. SACV 10-0252 DOC
: (RNBx)
:
: [PROPOSED] ORDER
: EXTENDING TIME TO
: RESPOND TO COMPLAINT

-----------------------------------------------------------------x

[PROP] ORDER EXTENDING            CASE NO. SACV 10-0252 DOC (RNBx)
TIME TO RESP TO COMPLAINT        CASE NO. SACV 10-0258 DOC (RNBx)

```
-----------------------------------------------------------x
                                          :
JAMES BURNS, INDIVIDUALLY                 :
AND ON BEHALF OF ALL OTHERS               :
SIMILARLY SITUATED,                       :
                                          :  CASE NO. SACV 10-0258 DOC
              Plaintiff,                  :  (RNBx)
        vs.                               :
                                          :
                                          :
ELECTRONIC GAME CARD, INC.,               :
LEE J. COLE, LINDEN BOYNE, AND            :  [PROPOSED] ORDER
KEVIN DONOVAN,                            :  EXTENDING TIME TO
                                          :  RESPOND TO COMPLAINT
              Defendants.                 :
                                          :
                                          :
-----------------------------------------------------------x
```

The Court having received and reviewed the parties' July 26, 2010 stipulation extending time to respond to the Complaint, and setting a schedule for filing and responding to Lead Plaintiffs' amended complaint and good cause appearing;

IT IS HEREBY ORDERED THAT:

1.  Lead Plaintiffs will by August 23, 2010 file an amended complaint that will supersede all previous complaints filed in the above-captioned actions.

2.  Defendants shall by October 22, 2010 move, answer, or otherwise respond to the amended complaint. Defendants shall have no obligation until then

to move, answer, or otherwise respond to the complaint filed in the above-captioned action.

3. If Defendants move to dismiss the amended complaint, Lead Plaintiffs shall by December 23, 2010 serve and file their papers in opposition to the motion to dismiss.

4. Defendants shall by January 27, 2011 serve their reply brief in further support of their motion to dismiss.

5. The scheduling conference required by Rule 26(f) of the Federal Rules of Civil Procedure is deferred until at least ten days after the disposition of any motion to dismiss filed by Defendants.

DATE:  JULY 30, 2010

_____
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE

**DENIED**
BY ORDER OF THE COURT

[PROP] ORDER EXTENDING        3        CASE NO. SACV 10-0252 DOC (RNBx)
TIME TO RESP TO COMPLAINT              CASE NO. SACV 10-0258 DOC (RNBx)