1  Laurence M. Rosen, Esq. (SBN 219683)
2  THE ROSEN LAW FIRM, P.A.
   333 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071
   Telephone:  (213) 785-2610
4  Facsimile:  (213) 226-4684
5  Email:  lrosen@rosenlegal.com

6
   Stephen D. Hibbard, Esq. (SBN 177865)
7  SHEARMAN & STERLING LLP
8  525 Market Street, Suite 1500
   San Francisco, CA  94105
9  Telephone:  (415) 616-1100
10 Facsimile:  (415) 616-1199
   Email:  shibbard@shearman.com
11

12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**

14 DALTON PETRIE, individually and
15 on behalf of all others similarly
   situated,
16
                                          CASE NO. SACV 10-0252 DOC
17               Plaintiff,                (RNBx)

18      vs.
                                          STIPULATION EXTENDING TIME
19 ELECTRONIC GAME CARD, INC.,            TO RESPOND TO COMPLAINT
20 LEE J. COLE, LINDEN BOYNE, and
   KEVIN DONOVAN,
21
                 Defendants.
22

23

24

25

26

27

28

1

2  JAMES BURNS, individually and on
   behalf of all others similarly situated,

3                                          CASE NO. SACV 10-0258 DOC
                                           (RNBx)
4                      Plaintiff,
          vs.
5                                          STIPULATION EXTENDING TIME
                                           TO RESPOND TO COMPLAINT
6  ELECTRONIC GAME CARD, INC.,
   LEE J. COLE, LINDEN BOYNE, and
7  KEVIN DONOVAN,

8
                       Defendants.
9

10

11      WHEREAS Lead Plaintiffs Dr. Thomas Lee, Margaret Yu, and Scott Lovell

12  ("Lead Plaintiffs") wish to exercise their right under Rule 15 of the Federal Rules of

13  Civil Procedure to amend their complaint;

14
        WHEREAS Lead Plaintiffs intend to name additional defendants in their
15
16  consolidated amended complaint;

17      WHEREAS Lead Plaintiffs and defendants Electronic Game Card, Inc.

18
19  ("EGCI") and Kevin Donovan (together with EGCI, "Defendants") wish to ensure

20  that the briefing of any motions to dismiss is done in an efficient and coordinated

21  manner so as to avoid multiple briefs and an unnecessary drain on the resources of

22
23  the parties (and their insurance carriers);

24      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by

25
26  and between the undersigned counsel for Lead Plaintiffs and Defendants, as follows:

27

28

1.     Lead Plaintiffs shall by September 8, 2010 file a consolidated amended complaint that will supersede all previous complaints filed in the above-captioned actions.  To the extent that the consolidated amended complaint names defendants who have not yet been served, Lead Plaintiffs shall endeavor to complete service on such defendants expeditiously.

2.     Defendants shall move, answer, or otherwise respond to the consolidated amended complaint within 30 days from the date that counsel for Lead Plaintiffs notifies counsel for Defendants that it has completed, or is unable to complete, service on all defendants.  The foregoing sentence shall not prejudice Lead Plaintiffs' right to seek permission from the Court for limited discovery concerning the whereabouts of any defendant, or Defendants' right to oppose such request for discovery.

3.     If Defendants move to dismiss the consolidated amended complaint, Lead Plaintiffs shall have 30 days thereafter to serve and file their papers in opposition to the motion to dismiss; Defendants shall thereafter have 30 days to serve and file their reply brief in further support of their motion to dismiss.

4.     Defendants shall have no obligation until the time set forth in paragraph 2 to move, answer, or otherwise respond to any of the complaints filed in the above-captioned actions.

5.     Defendants each waive service of process of the summons and complaint in this action.

6.    Except as provided in paragraph 5, nothing herein shall constitute a waiver of any rights or defenses that Defendants, or either of them, would otherwise have.

7.    This Stipulation does not bind any other defendants in this case.

Dated:   August 23, 2010          THE ROSEN LAW FIRM, P.A.

_____
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 785-2610
Facsimile:  (213) 226-4684
Email:  lrosen@rosenlegal.com

-and-

Phillip Kim, Esq. (pro hac vice)
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
Email:  pkim@rosenlegal.com

*Lead Counsel for Plaintiffs*

1   Dated:   August 23, 2010          SHEARMAN & STERLING LLP

2                                      *Stephen D Hibbard*

3                                      Stephen D. Hibbard, Esq. (SBN 177865)
                                       SHEARMAN & STERLING LLP
4                                      525 Market Street, Suite 1500
                                       San Francisco, CA  94105
5                                      Telephone:  (415) 616-1100
6                                      Facsimile:  (415) 616-1199
7                                      Email:  shibbard@shearman.com

8                                      -Of Counsel-
9
10                                     Jerome S. Fortinsky, Esq.
                                       Brian G. Burke, Esq.
11                                     SHEARMAN & STERLING LLP
                                       599 Lexington Avenue
12                                     New York, NY  10022
13                                     Telephone:  (212) 848-4000
                                       Facsimile:  (212) 848-7179
14                                     Email:  jfortinsky@shearman.com
15
16                                     *Counsel for Defendants Electronic Game Card, Inc.
                                       and Kevin Donovan*
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING               5    CASE NO. SACV 10-0252 DOC (RNBx)
TIME TO RESP TO COMPLAINT                CASE NO. SACV 10-0258 DOC (RNBx)