UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 10-0252-DOC (RNBx)          Date: August 26, 2010

Title: DALTON PETRIE et. al. v. ELECTRONIC GAME CARD, INC. et. al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING AND PART AND DENYING IN PART STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

       The Court is in receipt of the parties' Stipulation Extending Time to Respond to Complaint ("Stipulation") filed August 23, 2010 (Docket 17). After reviewing the Stipulation, the Court GRANTS the parties' request in Paragraph 1 of the Stipulation and DENIES the remainder of the Stipulation.

       In accordance with the above, Lead Plaintiffs shall by September 8, 2010 file a consolidated amended complaint that will supersede all previous complaints filed in the above-captioned case. All subsequent filings shall be made in accordance with the deadlines imposed by the Local Rules.

       The Clerk shall serve this minute order on all parties to the action.