Name & Address:
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>PLAINTIFF(S)<br>v.<br>ELECTRONIC GAME CARD, INC.; (See Attached)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV-10-00252-DOC (RNBx)<br><br>SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __Consolidated__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Laurence Rosen__, whose address is __333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __9-15-10__     By: __TRINA DEBOSE__
                         Deputy Clerk
                         (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)     SUMMONS

Attachment to Summons:

LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, ESTATE OF LORD LEONARD STEINBERG AND, BERYL STEINBERG AS ADMINISTRATOR/ EXECUTOR OF ESTATE OF LORD STEINBERG,