1 | Stephen D. Hibbard, Esq. (SBN 177865)
2 | SHEARMAN & STERLING LLP
  | 525 Market Street, Suite 1500
3 | San Francisco, CA 94105
  | Telephone: (415) 616-1100
4 | Facsimile: (415) 616-1199
5 | Email: shibbard@shearman.com
6 |
  | *Counsel for Defendant*
7 | *Electronic Game Card, Inc.*
8 |
  | **UNITED STATES DISTRICT COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**
  | **SOUTHERN DIVISION**
10 |

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated, | CASE NO. SACV 10-0252 DOC (RNBx) |
| Plaintiff, | |
| v. | DEFENDANT'S NOTICE OF INTERESTED PARTIES |
| ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, ESTATE OF LORD LEONARD STEINBERG AND, BERYL STEINBERG AS ADMINISTRATOR/ EXECUTOR OF ESTATE OF LORD STEINBERG, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1,

2  Defendant Electronic Game Card, Inc. submits this Notice of Interested Parties

3  ("Notice").  Nothing in this Notice should be considered to constitute a general

4  appearance by any Defendant or a waiver of any rights or defenses any Defendant

5  may have, including but not limited to jurisdictional defenses.

6    The undersigned counsel for Defendant certifies that the following

7  listed party may have a pecuniary interest in the outcome of this case.  These

8  representations are made to enable the Court to evaluate possible disqualification or

9  recusal.

10    Berkley Insurance Company
      475 Steamboat Road
11    Greenwich, CT  06830

12    Additionally, in accordance with Federal Rule of Civil Procedure 7.1,

13  Defendant states that it has no parent corporation and that no publicly held

14  corporation owns 10% or more of its stock.

15

16    Respectfully submitted,

17  Dated:   September 29, 2010    SHEARMAN & STERLING LLP

18    _Stephen D. Hibbard_

19    Stephen D. Hibbard, Esq. (SBN 177865)
      SHEARMAN & STERLING LLP
20    525 Market Street, Suite 1500
      San Francisco, CA  94105
21    Telephone:  (415) 616-1100
22    Facsimile:  (415) 616-1199
      Email:  shibbard@shearman.com
23

24    -Of Counsel-

25

26    Jerome S. Fortinsky, Esq.
      Brian G. Burke, Esq.
27    SHEARMAN & STERLING LLP
      599 Lexington Avenue
28

DEFENDANT'S NOTICE OF                    2        CASE NO. SACV 10-0252 DOC (RNBx)
INTERESTED PARTIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

New York, NY  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Email:  jfortinsky@shearman.com

*Counsel for Defendant*
*Electronic Game Card, Inc.*