Christopher Kim (Bar No. 082080)
Christopher.kim@limruger.com
Norma Nava (Bar No. 266827)
Norma.nava@limruger.com
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Defendant Paul Farrell

Seth Aronson (Bar No. 100153)
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
saronson@omm.com

Attorneys for Defendant Anna Houssels
[Additional counsel listed on next page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL; EUGENE CHRISTIANSEN; ANNA HOUSSELS; ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No. SACV-10-00252-DOC (RNBx)<br><br>**STIPULATION RE: TIME FOR DEFENDANTS PAUL FARRELL AND ANNA HOUSSELS TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT** |

Meredith N. Landy (Bar No. 136489)
Sara M. Folchi (Bar No. 228540)
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Telelphone: (650) 473-2600
Facsimile: (650) 473-2601
mlandy@omm.com
sfolchi@omm.com

1

STIPULATION RE: TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT

    **WHEREAS** Lead Plaintiffs filed a Consolidated Amended Complaint (the "Amended Complaint") on September 13, 2010 that names Paul Farrell and Anna Houssels as defendants for the first time in this action;

    **WHEREAS** Lead Plaintiffs assert that they served a summons and the Amended Complaint on Defendant Farrell on October 6, 2010;

    **WHEREAS** Lead Plaintiffs assert that they served a summons and the Amended Complaint on Defendant Houssels via substituted service deemed effective on October 22, 2010 pursuant to the California Code of Civil Procedure;

    **WHEREAS** the Court previously entered an Order Extending Time to Respond to the Consolidated Amended Complaint (the "Order"), dated September 13, 2010, setting forth the time for Defendants Electronic Game Card, Inc. ("EGCI") and Kevin Donovan to respond to the Amended Complaint;

    **WHEREAS** the Order provided that Defendants EGCI and Donovan shall have 30 days to file their motion to dismiss the Amended Complaint; Lead Plaintiffs shall have 30 days thereafter to file their opposition brief; and Defendants EGCI and Donovan shall have 15 days after Lead Plaintiffs file their opposition brief to file their reply brief;

    **WHEREAS** the Court subsequently adopted on October 7, 2010 the same briefing schedule for Defendant Christiansen's motion to dismiss the Amended Complaint (the "Christensen Order");

    **WHEREAS** the parties wish to adopt schedules for Defendants Farrell and Houssels that are consistent with the schedule in the Order for Defendants EGCI and Donovan as well as the Christiansen Order;

    **WHEREAS** for the sake of judicial economy, the parties wish to give Lead Plaintiffs the option to file a single consolidated brief in opposition to Defendants Farrell's and Houssels' motions to dismiss;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Lead Plaintiffs and Paul Farrell and Anna Houssels, as follows:

1. Defendant Farrell shall move, answer, or otherwise respond to the Amended Complaint by November 8, 2010.

2. Defendant Houssels shall move, answer, or otherwise respond to the Amended Complaint by November 19, 2010.

3. If Defendant Farrell and/or Defendant Houssels moves to dismiss the Amended Complaint, Lead Plaintiffs shall serve and file their consolidated brief in opposition to the motion(s) to dismiss by December 13, 2010. Lead Plaintiffs' consolidated brief shall be no longer than 45 pages.

4. Defendant Farrell and/or Defendant Houssels shall serve and file replies in further support of their motion(s) to dismiss by December 27, 2010..

5. Nothing herein shall constitute a waiver of any rights or defenses that Defendants would otherwise have.

6. This Stipulation applies only to the undersigned parties.

**IT IS SO STIPULATED:**

Dated: October 28, 2010

LIM, RUGER & KIM, LLP

By: *Christopher Kim* (signature)

Christopher Kim
Attorneys for Defendant
Paul Farrell

3
STIPULATION RE: TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: October 28, 2010 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: *Meredith N. Landy /smf* |
| 4 | | Seth Aronson |
| | | Meredith N. Landy |
| 5 | | Sara M. Folchi |
| 6 | | Attorneys for Defendant |
| | | Anna Houssels |
| 7 | | |
| 8 | | |
| 9 | Dated: October 28, 2010 | THE ROSEN LAW FIRM, P.A. |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Laurence M. Rosen |
| | | Attorneys for Plaintiff |
| 13 | | Dalton Petrie |
| 14 | | |
| 15 | Dated: October 28, 2010 | THE ROSEN LAW FIRM, P.A. |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Phillip Kim |
| | | Attorneys for Plaintiff |
| 19 | | Dalton Petrie |

4
STIPULATION RE: TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: October 28, 2010 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Seth Aronson |
| | | Meredith N. Landy |
| 5 | | Sara M. Folchi |
| 6 | | Attorneys for Defendant |
| | | Anna Houssels |
| 7 | | |
| 8 | | |
| 9 | Dated: October 28, 2010 | THE ROSEN LAW FIRM, P.A. |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Laurence M. Rosen |
| 13 | | Attorneys for Plaintiff |
| | | Dalton Petrie |
| 14 | | |
| 15 | Dated: October 28, 2010 | THE ROSEN LAW FIRM, P.A. |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Phillip Kim |
| | | Attorneys for Plaintiff |
| 19 | | Dalton Petrie |

4
STIPULATION RE: TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT