1 | Christopher Kim (Bar No. 082080)
2 | Christopher.kim@limruger.com
  | Norma Nava (Bar No. 266827)
3 | Norma.nava@limruger.com
  | **LIM RUGER & KIM, LLP**
4 | 1055 West Seventh Street, Suite 2800
  | Los Angeles, CA 90017
5 | Telephone: (213) 955-9500
  | Fax: (213) 955-9511
6 |
7 | Attorneys for Defendant Paul Farrell
8 | Seth Aronson (Bar No. 100153)
  | **O'MELVENY & MYERS LLP**
9 | 400 South Hope Street
  | Los Angeles, CA 90071-2899
10 | Telephone: (213) 430-6000
11 | Facsimile: (213) 430-6407
   | saronson@omm.com
12 |
13 | Attorneys for Defendant Anna Houssels
   | [Additional counsel listed on next page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL; EUGENE CHRISTIANSEN; ANNA HOUSSELS; ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No. SACV-10-00252-DOC (RNBx)<br><br>**[PROPOSED] ORDER ON STIPULATION RE: TIME FOR DEFENDANTS PAUL FARRELL AND ANNA HOUSSELS TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT** |

[PROPOSED] ORDER TO STIPULATION TO EXTEND TIME TO RESPOND

| | |
|---|---|
| 1 | Meredith N. Landy (Bar No. 136489) |
| 2 | Sara M. Folchi (Bar No. 228540) |
|   | **O'MELVENY & MYERS LLP** |
| 3 | 2765 Sand Hill Road |
|   | Menlo Park, CA 94025-7019 |
| 4 | Telelphone: (650) 473-2600 |
|   | Facsimile: (650) 473-2601 |
| 5 | mlandy@omm.com |
| 6 | sfolchi@omm.com |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER TO STIPULATION TO EXTEND TIME TO RESPOND

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. Defendant Farrell shall move, answer, or otherwise respond to the Amended Complaint by November 8, 2010.

2. Defendant Houssels shall move, answer, or otherwise respond to the Amended Complaint by November 19, 2010.

3. If Defendant Farrell and/or Defendant Houssels moves to dismiss the Amended Complaint, Lead Plaintiffs shall serve and file their consolidated brief in opposition to the motion(s) to dismiss by December 13, 2010. Lead Plaintiffs' consolidated brief shall be no longer than 45 pages.

4. Defendant Farrell and/or Defendant Houssels shall serve and file replies in further support of their motion(s) to dismiss by December 27, 2010..

5. Nothing herein shall constitute a waiver of any rights or defenses that Defendants would otherwise have.

6. This Stipulation applies only to the undersigned parties.


Dated: _____, 2010    _____
                                   Hon. David O. Carter
                                   U. S. District Judge