SETH ARONSON (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

MEREDITH LANDY (S.B. #136489)
mlandy@omm.com
SARA M. FOLCHI (S.B. #228540)
sfolchi@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601

Attorneys for Defendant
ANNA HOUSSELS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, Individually and On Behalf of All Others Similarly Situated, | Case No.  SACV-10-00252-DOC(RNBx) |
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES** |
| v. | |
| ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL; EUGENE CHRISTIANSEN; ANNA HOUSSELS; ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG, | |
| Defendants. | |

1         The undersigned, counsel of record for Defendant Anna Houssels

2   certifies that the following listed party (or parties) may have a pecuniary interest in

3   the outcome of this case.  These representations are made to enable the Court to

4   evaluate possible disqualification or recusal.

5         Electronic Game Card, Inc.

6         Lee J. Cole

7         Linden Boyne

8         Kevin Donovan

9         Paul Farrell

10        Eugene Christiansen

11        Anna Houssels

12        Estate of Lord Leonard Steinberg

13        Beryl Steinberg as Administrator/Executor of Estate of Lord Steinberg

14

15      Dated:     November 19, 2010

16              SETH ARONSON
    MEREDITH LANDY

17              SARA M. FOLCHI
    O'MELVENY & MYERS LLP

18

19              By: /s/ Seth Aronson
                    Seth Aronson

20              Attorneys for Defendant
    ANNA HOUSSELS

21

MP1:1201684.1

22

23

24

25             - 1 -       CERTIFICATION OF INTERESTED
PARTIES  — SACV-10-00252-DOC (RNBX)