SETH ARONSON (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MEREDITH LANDY (S.B. #136489)
mlandy@omm.com
SARA M. FOLCHI (S.B. #228540)
sfolchi@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Defendant
ANNA HOUSSELS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL; EUGENE CHRISTIANSEN; ANNA HOUSSELS; ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No. SACV-10-00252-DOC(RNBx)<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 2765 Sand Hill Road, Menlo Park, California 94025. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On November 19, 2010 I served the following:

<u>DEFENDANT ANNA HOUSSELS'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT</u>;

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ANNA HOUSSELS'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT</u>;

<u>DECLARATION OF SARA M. FOLCHI IN SUPPORT OF DEFENDANT ANNA HOUSSELS'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT</u>;

<u>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ANNA HOUSSELS'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT</u>;

<u>[PROPOSED] ORDER GRANTING DEFENDANT ANNA HOUSSELS'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT; AND</u>

<u>CERTIFICATION OF INTERESTED PARTIES</u>

- 1 -

CERTIFICATE OF SERVICE —
SACV-10-00252-DOC (RNBX)

1  by putting a true and correct copy thereof in a sealed envelope, with postage fully
2  prepaid, and placing the envelope for collection and mailing today with the United
3  States Postal Service in accordance with the firm's ordinary business practices,
4  addressed as follows:

> Phillip Kim
> THE ROSEN LAW FIRM PA
> 275 Madison Avenue, Suite 3400
> New York, New York 10016
> Tel.: (212)0686-1060
> Fax: (212) 202-3827
> pkim@rosenlegal.com
>
> **Lead Counsel for Plaintiffs**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 19, 2010, at Los Angeles, California.

*/s/ Leonard Clark*
_____

MP1:1202005.1