1  Stephen D. Hibbard (SBN 177865)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA  94105
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email: shibbard@shearman.com

6
7  *Attorneys for Defendants Kevin Donovan
   and Eugene Christiansen*

8

9              **UNITED STATES DISTRICT COURT**
10              **CENTRAL DISTRICT OF CALIFORNIA**
                       **SOUTHERN DIVISION**
11

| 12 | DALTON PETRIE, individually and on behalf of all others similarly situated, | CASE NO. SACV 10-0252 DOC (RNBx) |
|---|---|---|
| 13 | | |
| 14 | | **NOTICE OF MOTION AND UNOPPOSED MOTION TO APPEAR PRO HAC VICE** |
| 15 | Plaintiff, v. | |
| 16 | | |
| 17 | ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG, | |
| 18 | | Judge: Hon. David O. Carter |
| 19 | | Courtroom: 9D |
| 20 | | Hearing Date: January 10, 2011 |
| 21 | | Hearing Time: 8:30 a.m. |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25
26
27
28

## NOTICE OF MOTION TO APPEAR PRO HAC VICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 10, 2011 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendants Kevin Donovan and Eugene Christiansen will move and hereby move the Court for an order admitting Jerome S. Fortinsky *pro hac vice* for this case pursuant to Central District of California L.R. 83-2.3.1 and L.R. 83-2.3.3.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, all pleadings on file in this action, oral argument of counsel, and any other information that may be submitted at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 28, 2010.

## MOTION TO APPEAR PRO HAC VICE

Pursuant to L.R. 83-2.3.1 and L.R. 83-2.3.3, defendants Kevin Donovan and Eugene Christiansen ("Defendants") hereby submit this motion for the *pro hac vice* admission of Jerome S. Fortinsky. Mr. Fortinsky is a New York based attorney with Defendants' counsel of record, Shearman & Sterling LLP ("Shearman"). Ordinarily, such a motion would be submitted on the Court's form Application of Non-Resident Attorney to Appear in a Specific Case. Here, however, Defendants are submitting this separate motion – to which the plaintiffs have consented – because Defendants are unable to state (as the form would otherwise require) that their local counsel "maintains an office in the Central District of California for the practice of law."

Defendants wish to designate Stephen Hibbard, a partner at Shearman & Sterling who is a member of the bar of this Court, as local counsel and as "the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served." L.R. 83-2.3. Although Mr. Hibbard's office is in San Francisco, he has been serving since Defendants' first appearance in the case as their counsel of record, and opposing counsel has readily communicated with, and (electronically) served papers on, him. Defendants are submitting this motion for *pro hac vice* admission now to ensure that Mr. Fortinsky may appear before the Court at the hearing on the pending motions to dismiss, which is scheduled for January 10, 2011.

Although L.R. 83-2.3.3 provides for the designation of local counsel maintaining an office in the Central District, the same rule gives the Court the discretion to order otherwise. In this case, Shearman & Sterling has already appeared as counsel of record for Defendants in this case. Because Mr. Hibbard is a member of the bar of this Court, the rules would not give rise to any need for Shearman & Sterling to designate any additional counsel to serve as local counsel but for Defendants' wish to have Mr. Fortinsky, Mr. Hibbard's partner, represent them at the oral argument on their motion to dismiss. In seeking the *pro hac vice* admission of Mr. Fortinsky, Defendants are simply asking for the Court to permit the participation of an additional attorney from the firm that already represents them as counsel of record.

Mr. Fortinsky is a member in good standing of the bar of the State of New York and is admitted to practice in federal courts throughout the nation.[1] Shearman

---

[1] Counsel for Defendants are submitting with this motion as Exhibit A a certificate of good standing and a signed, but revised, copy of the Central District's form Application of Non-Resident Attorney to Appear in a Specific Case for Mr. Fortinsky. This form, signed under penalty of perjury and admissible for evidentiary purposes, has the phrase "and maintains an office in the Central District of California for the practice of law" excised, because Mr. Hibbard

was retained to represent Defendants (and Electronic Game Card, Inc. ("EGCI")) in this action, even though Shearman does not maintain an office in the Central District, in light of Mr. Fortinsky's work for EGCI[2] on related matters and his extensive experience in securities litigation. Mr. Fortinsky represents that he has reviewed, is familiar with and will abide by the Local Rules of the Central District.

Mr. Hibbard was admitted as a member of the Bar of this Court on December 28, 1995. In his fifteen years of practice before this Court, he has represented numerous clients in proceedings within the Central District. He is familiar with the Central District's Local Rules and is able and willing to serve as the member of the bar of this Court with whom plaintiffs' counsel "may readily communicate regarding the conduct of the case and upon whom papers may be served." L.R. 83-2.3.3.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order the admission *pro hac vice* of Jerome S. Fortinsky.

Dated:   December 30, 2010   SHEARMAN & STERLING LLP

/s/ Stephen D. Hibbard
Stephen D. Hibbard (SBN 177865)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA  94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com

---

(whom Defendants would like to designate as local counsel) does not maintain such an office.

[2] EGCI filed a petition for liquidation under chapter 7 of the bankruptcy laws on September 28, 2010. The plaintiffs' case against EGCI in this Court is accordingly subject to an automatic stay. Mr. Donovan is the former chief executive officer of EGCI. Mr. Christiansen is a former director.

*Of counsel:*

Jerome S. Fortinsky
Brian G. Burke
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email:       jfortinsky@shearman.com
             brian.burke@shearman.com

*Attorneys for Defendants Kevin Donovan and Eugene Christiansen*