Name and address:
Jerome S. Fortinsky
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York. New York 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s) | CASE NUMBER<br><br>SACV 10-0252  DOC (RNBx) |
| v.<br><br>ELECTRONIC GAME CARD. INC., ET AL.,<br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for each case application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2 .4,  submission of this application and the    fee is waived for attorney   s for the United States. its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

**A CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, JEROME S. FORTINSKY                                                          , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: KEVIN DONOVAN AND EUGENE CHRISTIANSEN          by whom I have been retained.

My business information is:
SHEARMAN & STERLING LLP
*Firm Name*

599 LEXINGTON AVENUE
*Street Address*

NEW YORK. NEW YORK 10022                    jfortinsky@shearman.com
*City, State, Zip*                                        *E-Mail Address*
212-848-4000                                  212-848-7179
*Telephone Number*                               *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of New York | 7/27/1988 |
| U.S. District Court for the Southern District of New York | 12/31/1991 |
| U.S. District Court for the Eastern District of New York | 12/31/1991 |
| U.S. District Court for the Eastern District of Michigan | 12/14/2000 |

See page 3 for additional admissions.

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate STEPHEN D. HIBBARD _____ as local counsel, whose business information is as follows:

SHEARMAN & STERLING LLP
*Firm Name*

525 MARKET STREET, SUITE 1500
*Street Address*

SAN FRANCISCO, CA 94105     shibbard@shearman.com
*City, State, Zip*     *E-Mail Address*

415-616-1100     415-616-1199
*Telephone Number*     *Fax Number*

who is a member in good standing of the Bar of this Court ~~and maintains an office in the Central District of California for the practice of law,~~ as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   12/29/10

JEROME S. FORTINSKY
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   12/30/10

STEPHEN D. HIBBARD
*Designee's Name (please print)*

*Designee's Signature*

177865
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

I am a member in good standing and eligible to practice before the following additional courts.

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Second Circuit | 2/10/1992 |
| U.S. Court of Appeals for the Third Circuit | 9/5/2001 |
| U.S. Court of Appeals for the Sixth Circuit | 6/10/2002 |
| U.S. Court of Appeals for the Tenth Circuit | 6/21/2002 |
| United States Supreme Court | 2/24/1992 |



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

---

**J, Matthew G. Kiernan,**   Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that   **Jerome Steven Fortinsky**   was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the   27th   day of   **July 1988,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on   December 23, 2010.

*Matthew G. Kiernan*

**Clerk of the Court**