## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s). | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
    *Applicant's Name*                           *Firm Name / Address*

_____          _____
   *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff      ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                                    *Local Counsel Designee /State Bar Number*

of _____
                          *Local Counsel Firm / Address*

_____          _____
   *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:


    ☐ GRANTED

    ☐ DENIED.  Fee shall be returned by the Clerk.

    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated  _____          _____
                                                    U. S. District Judge/U.S. Magistrate Judge