Name & Address:
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>PLAINTIFF(S)<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; (See Attached)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV-10-00252-DOC (RNBx)<br><br><br>SUMMONS |

TO: DEFENDANT(S) _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☒ _Consolidated_ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Laurence Rosen_, whose address is _333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _9-15-10_          By: _[signature]_
                              Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

Attachment to Summons:

LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, ESTATE OF LORD LEONARD STEINBERG AND, BERYL STEINBERG AS ADMINISTRATOR/ EXECUTOR OF ESTATE OF LORD STEINBERG,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND, DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br>Defendants. | Case No.: SACV-10-00252 DOC (RNBx)<br><br>CLASS ACTION<br><br>**AFFIDAVIT OF SERVICE UPON LINDEN BOYNE** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Ilya Glinchenko, being duly sworn, according to law, depose and say the following:

1. I am an employee of The Rosen Law Firm, P.A., currently employed in the County of New York, State of New York.

1

2. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3. I am over the age of eighteen (18) years and am not a party to the above-captioned action (this "Action").

4. On October 13, 2010, I caused two sets of copies of the Summons and the Consolidated Amended Complaint for Violations of the Federal Securities Laws ("Complaint") in this Action to be served upon defendant Linden Boyne by placing said copies of the Summons and Complaint in two separate sealed envelopes, addressed respectively as follows:

| | |
|---|---|
| Linden Boyne<br>Aberfoyle,<br>Green Lane,<br>Blackwater, Camberley, Surrey<br>GU17 9DG<br>United Kingdom | Linden Boyne<br>31 St. James Square,<br>London,<br>SW1 Y 4JR<br>United Kingdom |

And by then causing said envelopes to be sent by International Registered Mail, with return receipt requested, to the addresses listed above by placing said envelopes in the care of the United States Postal Service at New York, NY, with all fees associated with mailing said envelopes in the fashion described duly paid, and with instructions to deliver said envelopes via International Registered Mail, return receipt requested.

5. Attached hereto as Exhibit "A" are true and correct copies of the Registered Mail receipts for the two mailed envelopes described in the preceding paragraph.

6. Thereafter, on November 30, 2011, I caused two sets of copies of the Summons and Complaint to be sent by international express mail to, respectively, the two addresses set forth in paragraph 4 by causing said

copies of the Summons and Complaint to be placed in two separate sealed envelopes, addressed respectively as indicated in paragraph 4, with postage fully pre-paid, and by then placing said envelopes in the care of Federal Express at New York, NY with instructions to deliver said envelopes by international express mail to the two addresses set forth in paragraph 4.

7. Attached hereto as Exhibit "B" are true and correct copies of the two proofs of the delivery for the two envelopes described in paragraph 6.

8. Attached hereto as Exhibit "C" is a copy of a letter, dated January 6, 2011, indicating that copies of the Summons and Complaint were received on January 5, 2011; that defendant Linden Boyne was, as of that point, aware of the Complaint against him; and that all future correspondence and service of legal documents with respect to Linden Boyne should be addressed to Greenfield Capital International Limited at the following address:

   Suite 404 4th Floor
   Albany House,
   324/326 Regent Street,
   London W1B 3HH

9. On February 7, 2011, I caused copies of the Summons and Complaint to be sent by International Registered Mail, with return receipt requested, to defendant Linden Boyne by placing said copies of the Summons and Complaint in a sealed envelope, addressed as follows:

   Linden Boyne
   c/o Greenfield Capital International Limited
   Suite 404 4th Floor
   Albany House,
   324/326 Regent Street,
   London W1B 3HH

10. I then placed said envelope in the care of the United States Postal Service at New York, NY, with all fees associated with mailing said envelope, in the

1  fashion described, duly paid, and with instructions to deliver said envelope
2  via International Registered Mail, with return receipt requested, to the
3  address referenced in the preceding paragraph.
4  11. Attached hereto as Exhibit "D" is a true and correct copy of the Registered
5  Mail receipt for the mailed envelope described in paragraphs 9 – 10 above.
6  12. Thereafter, on February 8, 2011, I caused copies of the Summons and
7  Complaint to be sent by international express mail to Linden Boyne at the
8  address set forth in paragraph 9 by causing said copies of the Summons and
9  Complaint to be placed in a sealed envelope, addressed as set forth in
10  paragraph 9, with postage fully pre-paid, and by then placing said envelope
11  in the care of Federal Express at New York, NY with instructions to deliver
12  said envelope by international express mail to Linden Boyne at the address
13  set forth in paragraph 9.
14  13. Attached hereto as Exhibit "E" is a true and correct copy of the proof of
15  delivery for the envelope described in paragraph 12.
16  14. I swear under the laws of the United States of America that the foregoing is
17  true and correct.

Dated: New York, New York
       February 22, 2011

                                              Ilya Glinchenko

Sworn to me before this, the 22
day of February, 2011

_____
Notary Public

T.W. BROWN
Notary Public, State of New York
No. 02BR6140981
Qualified in Nassau County
Commission Expires 05/25/2014

# EXHIBIT A

**Receipt 1:**

| | |
|---|---|
| Reg. Fee | $11.50 |
| Handling Charge | $0.00 |
| Return Receipt | $2.30 |
| Postage | $12.28 |
| Restricted Delivery | $0.00 |
| Date Stamp | 0048 / 04 / 10/13/10 |
| Received by | |
| Customer Must Declare Full Value | $0.00 |

10018

FROM: Laurence Rosen
236 Tillou Road
South Orange, New Jersey 07079

TO: GB Great Britain and Northern Ireland
Linden Boyne
31 St. James Square
London SW1Y 4JR
United Kingdom

PS Form 3806, Receipt for Registered Mail
May 2007 (7530-02-000-9051)

---

**Receipt 2:**

| | |
|---|---|
| Reg. Fee | $11.50 |
| Handling Charge | $0.00 |
| Return Receipt | $2.30 |
| Postage | $12.28 |
| Restricted Delivery | $0.00 |
| Date Stamp | 0048 / 04 / 10/13/10 |
| Customer Must Declare Full Value | $0.00 |

10018

FROM: Laurence Rosen
236 Tillou Road
South Orange, New Jersey 07079

TO: GB Great Britain and Northern Ireland
Linden Boyne
Aberfoyle, Green Lane
Blackwater, Camberley, Surrey GU17 9DG
United Kingdom

PS Form 3806, Receipt for Registered Mail
May 2007 (7530-02-000-9051)

---

**Receipt 3:**

Registered No. RE567139570US

| | |
|---|---|
| Reg. Fee | $11.50 |
| Handling Charge | $0.00 |
| Return Receipt | $2.30 |
| Postage | $12.28 |
| Restricted Delivery | $0.00 |
| Date Stamp | 0048 / 04 / 10/13/10 |
| Customer Must Declare Full Value | $0.00 |

10018

FROM: Laurence Rosen
236 Tillou Road
South Orange, New Jersey 07079

TO: GB Great Britain and Northern Ireland
Leo J. Cole
31 St. James Square
London SW1Y 4JR
United Kingdom

PS Form 3806, Receipt for Registered Mail
May 2007 (7530-02-000-9051)

**LC838635946US**
USPS® Customs Declaration – CN 22
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Laurence Rosen
236 Tillou Road
South Orange, NJ 07079

To: Lee J. Cole
31 St. James Square
London SW1Y 4JR
United Kingdom

[Mailing Office Date Stamp: N.Y., N.Y. MIDTOWN STATION OCT 13 2010 USPS 10018-9998]

3 - Shipping Label (left) and Customer Copy (right)

---

**LC838635963US**
USPS® Customs Declaration – CN 22
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Laurence Rosen
236 Tillou Road
South Orange, NJ 07079

To: Linden Boyne
31 St. James Square
London SW1Y 4JR
United Kingdom

[Mailing Office Date Stamp: N.Y., N.Y. MIDTOWN STATION OCT 13 2010 USPS 10018-9998]

3 - Shipping Label (left) and Customer Copy (right)

---

**LC860629890US**
USPS® Customs Declaration – CN 22
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Laurence Rosen
236 Tillou Road
South Orange, NJ 07079

To: Linden Boyne
Aberfoyle, Green Lane
Blackwater, Camberley
Surrey, GU17
United Kingdom

[Mailing Office Date Stamp: N.Y., N.Y. MIDTOWN STATION OCT 13 2010 USPS 10018-9998]

3 - Shipping Label (left) and Customer Copy (right)

```
Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Prepare your international packages
online and save time.
Pay postage online and save money
too.
www.usps.com/clicknship

Bill#:1000300866018
Clerk:04

All sales final on stamps and postage
 Refunds for guaranteed services only
      Thank you for your business
************************************
************************************
       HELP US SERVE YOU BETTER

              Go to:
      https://postalexperience.com/Pos

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

          YOUR OPINION COUNTS
************************************
************************************



            Customer Copy
```

```
====================================
             MIDTOWN STA.
          NEW YORK, New York
               100189998
            3558250048-0097
   10/13/2010 (800)275-8777 05:04:55 PM
====================================
========== Sales Receipt ==========
Product          Sale  Unit     Final
Description      Qty   Price    Price
====================================
Great Britain and                $12.28
Northern Ireland -
First-Class Mail
Int'l  Large Env
1 lb.  1.70 oz.
  Return Receipt                  $2.30
  Registered                     $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:         RE567139583US
  Customs Form #: LC838635963US
                                ========
Issue PVI:                       $26.08

Great Britain and                $12.28
Northern Ireland -
First-Class Mail
Int'l  Large Env
1 lb.  1.80 oz.
  Return Receipt                  $2.30
  Registered                     $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:         RE567139570US
  Customs Form #: LC838635946US
                                ========
Issue PVI:                       $26.08

Great Britain and                $12.28
Northern Ireland -
First-Class Mail
Int'l  Large Env
1 lb.  1.80 oz.
  Return Receipt                  $2.30
  Registered                     $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:         RE567139566US
  Customs Form #: LC860629890US
                                ========
Issue PVI:                       $26.08

                               ==========
Total:                           $78.24

Paid by:
MasterCard                       $78.24
  Account #:      XXXXXXXXXXXX9269
  Approval #:     03408Z
  Transaction #:  436
  23903280477
```

# EXHIBIT B



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

December 15, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **796501443812**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | K.BOYNE | **Delivery location:** | ABERFOYLE, GREEN LN BLACKWATER CAMBERLEY GU179DG |
| **Service type:** | Priority Pak | **Delivery date:** | Dec 2, 2010 10:15 |

NO SIGNATURE IS AVAILABLE  
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 796501443812 | **Ship date:** | Nov 30, 2010 |
| | | **Weight:** | 1.2 lbs/0.5 kg |

**Recipient:**  
LINDEN BOYNE  
ABERFOYLE, GREEN LN  
BLACKWATER  
CAMBERLEY GU179DG GB

**Shipper:**  
LAURENCE ROSEN  
236 TILLOU ROAD  
SOUTH ORANGE, NJ 07079 US

**Reference**

EGMI

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

December 15, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **796501356978**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | C.RAMELLI | **Delivery location:** | 31 ST JAMES SQ SW1 LONDON SW1Y4JR |
| **Service type:** | Priority Pak | **Delivery date:** | Dec 2, 2010 09:30 |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 796501356978 | **Ship date:** | Nov 30, 2010 |
| | | **Weight:** | 1.2 lbs/0.5 kg |

**Recipient:**  
LINDEN BOYNE  
31 ST. JAMES SQUARE  
LONDON SW1Y4JR GB

**Shipper:**  
LAURENCE ROSEN  
236 TILLOU ROAD  
SOUTH ORANGE, NJ 07079 US

**Reference**  

EGMI

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339

# EXHIBIT C

## GREENFIELD CAPITAL INTERNATIONAL LIMITED

Suite 404 4th Floor,
Albany House,
324/326 Regent Street,
London W1B 3HH.

6th January 2011

The Rosen Law Firm, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles,
CA 90071.

Att : Laurence M Rosen Esq and Phillip Kim Esq

Dear Sirs,
We are writing to inform you that we received a copy of a law suit on January 5th 2011 in which Linden Boyne and Lee J. Cole are stated as defendants, in a class action law suit against Electronic Game Card Inc,Case No:SACV-10-00252-DOC (RNBx).

Under our agreement with the company we provided the services of Linden Boyne and Lee J.Cole under contract and any proceedings in relation to this contract should be served upon Greenfield Capital International Limited . In future please address all correspondence in relation to these proceedings to Greenfield Capital International limited at the above address. This is the correct address for service in relation to any matters regarding Linden Boyne and Lee J.Cole's contracted employment with Electronic Game Card Inc.

Now that we have been made aware of the complaint we will be appointing counsel who will be defending vigorously all allegations in the complaint in relation to Greenfield Capital International Limited, Linden Boyne and Lee.J Cole, hereinafter "the parties".

All material damage to Electronic Game Card's business and share price has been caused after board control passed to Donovan and Christiansen in November 2009.

"The parties" answer to the complaint received on January 5th 2011 will provide evidence to dismiss all claims against "the parties".

Yours faithfully,

Greenfield Capital International Limited

# EXHIBIT D



```
=================================
    GRAND CENTRAL STA
    NEW YORK, New York
        100179998
      3558250010-0096
2/07/2011 (180)027-5877 07:36:27 PM
=================================
======== Sales Receipt ========
Product      Sale  Unit    Final
Description   Qty  Price   Price

Product / Service Rate Inquiries
                              $12.28
Great Britain and
Northern Ireland -
First-Class Mail
Int'l  Large Env
1 lb.  2.40 oz.
    Return Receipt       $2.30
    Registered          $11.50
    Insured Value :      $0.00
    Article Value :      $0.00
    Label #:   RE560198732US
                      ========
    Issue PVI:           $26.08

Great Britain and             $12.28
Northern Ireland -
First-Class Mail
Int'l  Large Env
1 lb.  2.50 oz.
    Return Receipt       $2.30
    Registered          $11.50
    Insured Value :      $0.00
    Article Value :      $0.00
    Label #:   RE560198750US
                      ========
    Issue PVI:           $26.08
                      ==========
Total:                   $52.16

Paid by:                 $52.16
VISA
   Account #:   XXXXXXXXXXXX6788
   Approval #:       086064
   Transaction #:     623
   23903280097

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
***********************************
***********************************
Get your mail when and where you
```



# EXHIBIT E



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 18, 2011

Dear Customer:

The following is the proof-of-delivery for tracking number **794404989719**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | .DINA | **Delivery location:** | 324 REGENT<br>LONDON W1B3HH |
| **Service type:** | Priority Pak | **Delivery date:** | Feb 10, 2011 08:39 |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 794404989719 | **Ship date:** | Feb 8, 2011 |
| | | **Weight:** | 1.3 lbs/0.6 kg |

**Recipient:**
LINDEN BOYNE
GREENFIELD CAPITAL INTERNATIONAL
324 326 REGENT STREET
SUITE 404 4TH FLOOR
LONDON W1B3HH GB
**Reference**

**Shipper:**
LAURENCE ROSEN
275 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10016 US

EGMI

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339