Jerome S. Fortinsky, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: jfortinsky@shearman.com
(admitted *pro hac vice*)

*Counsel for Defendants Kevin Donovan and Eugene Christiansen*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br><br>Defendants. | CASE NO. SACV 10-0252 DOC (RNBx)<br><br>STIPULATION EXTENDING TIME TO RESPOND TO CONSOLIDATED SECOND AMENDED COMPLAINT |

WHEREAS lead plaintiffs filed a 178-paragraph Consolidated Second Amended Complaint (the "Amended Complaint") on February 11, 2011 that includes new substantive allegations in at least 38 paragraphs and enlarges the scope of the alleged violations of federal securities law;

WHEREAS counsel for two of the undersigned defendants named in the Amended Complaint will be unavailable for seven of the fourteen days that such defendants would otherwise have to respond to the filing of the Amended Complaint under Rule 15 of the Federal Rules of Civil Procedure;

WHEREAS the undersigned parties believe that a coordinated schedule for filing responses to the Amended Complaint serves the purposes of judicial economy and convenience to the parties;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for lead plaintiffs and defendants, as follows:

1. Defendant Kevin Donovan ("Donovan") shall have up until and including March 14, 2011 to answer or move in response to the Amended Complaint.

2. If Donovan moves to dismiss the Amended Complaint, lead plaintiffs shall have 30 days thereafter to serve and file their papers in opposition to the motion. Donovan shall thereafter have 15 days to serve and file a reply brief in further support of the motion to dismiss.

3. Defendants Eugene Christiansen, Anna Houssels and Paul Farrell shall have up until and including March 14, 2011 to answer the Amended Complaint.

Dated: February 22, 2011

THE ROSEN LAW FIRM, P.A.

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

-and-

Phillip Kim, Esq. (pro hac vice)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Plaintiffs*

Dated: February 22, 2011

SHEARMAN & STERLING LLP

/s/ Jerome S. Fortinsky /BB

Jerome S. Fortinsky, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: jfortinsky@shearman.com
(admitted *pro hac vice*)

Stephen D. Hibbard, Esq. (SBN 177865)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com

*Counsel for Defendants Kevin Donovan and Eugene Christiansen*

Dated: February 22, 2011

LIM, RUGER & KIM LLP

Christopher Kim

Christopher Kim (SBN 82080)
Norma Nava (SBN 266827)
Lisa J. Yang (SBN 208971)
LIM, RUGER & KIM LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
Email: Christopher.kim@limruger.com

-and-

Andrew M Meehan (pro hac vice)
Jonathan D Cogan (pro hac vice)
Steven G Kobre (pro hac vice)
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Email: andrew.meehan@kobrekim.com.hk

*Counsel for Defendant Paul Farrell*

Dated: February 22, 2011

O'MELVENY AND MYERS LLP

Meredith Landy /smf

Seth Aronson (SBN 100153)
O'MELVENY AND MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: saronson@omm.com

-and-

Meredith Landy (SBN 136489)
Sara M. Folchi (SBN 228540)
O'MELVENY AND MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
Email: mlandy@omm.com
sfolchi@omm.com

*Counsel for Defendant Anna Houssels*