Lawrence B. Steinberg (State Bar No. 101966)
LSteinberg@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for defendant LEE COLE

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND, DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No. CV 10-00252 DOC (RNBx)<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT LEE COLE TO RESPOND TO CONSOLIDATED SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (Local Rule 8-3)<br><br><u>Complaint served:</u><br>October 13, 2010<br><br><u>Current response date:</u><br>May 11, 2011<br><br><u>New response date:</u><br>June 10, 2011 |

WHEREAS, plaintiff contends that it effected service of summons and complaint on defendant LEE J. COLE ("Defendant") on October 13, 2010 by international registered mail, and again on November 30, 2010 by international express mail by Federal Express;

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
9029192_2.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANT LEE COLE TO RESPOND TO CONSOLIDATED SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS

1

1   WHEREAS, on April 29, 2011, plaintiff filed a request for the Clerk to enter
2   default against Defendant Cole (Docket Nos. 106, 107);

3   WHEREAS, on May 4, 2011, plaintiff's request for entry of default against
4   Defendant Cole was forwarded to the assigned judge for consideration due to the
5   inability of the Clerk to determine, due to the complexities in the service of
6   summons and complaint in foreign countries, whether proper service in a foreign
7   country had been effected (Docket No. 108);

8   WHEREAS, Defendant disputes that service was made in the manner
9   required by law but, in exchange for a thirty (30) day extension of time to file his
10  answer (until June 10, 2011), has agreed to waive any objections he might
11  otherwise have as to personal jurisdiction and the method of service, and has agreed
12  not to file a pre-answer motion to dismiss;

13  IT IS HEREBY STIPULATED, by the parties, by and through their
14  undersigned counsel of record, that defendant LEE J. COLE ("Defendant") may
15  have an extension of time, until June 10, 2011, to file an answer to the Consolidated
16  Second Amended Complaint herein.

18  DATED: May 20, 2011           THE ROSEN LAW FIRM, P.A.

20                                By _____
                                      Laurence M. Rosen
21                                    Lead Counsel for Plaintiffs

23  DATED: May 20, 2011           BUCHALTER NEMER
                                  A Professional Corporation
24

26                                By _____
                                      Lawrence B. Steinberg
27                                    Attorneys for defendant LEE COLE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
9029192_2.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANT LEE COLE TO RESPOND TO
CONSOLIDATED SECOND AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS
2.