1 | Lawrence B. Steinberg (State Bar No. 101966)
    *LSteinberg@buchalter.com*
2 | BUCHALTER NEMER
    A Professional Corporation
3 | 1000 Wilshire Boulevard, Suite 1500
4 | Los Angeles, CA 90017-2457
    Telephone: (213) 891-0700
5 | Facsimile: (213) 896-0400

6 | Attorneys for defendant LEE COLE

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND, DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br><br>    Defendants. | Case No. CV 10-00252 DOC (RNBx)<br><br>STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT WITH RESPECT TO DEFENDANT LEE COLE |

    WHEREAS, plaintiff contends that it effected service of summons and complaint on defendant LEE J. COLE ("Defendant") on October 13, 2010 by international registered mail, and again on November 30, 2010 by international express mail by Federal Express;

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
9055122_2.DOC

STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT WITH RESPECT TO DEFENDANT LEE COLE

1  WHEREAS, on April 29, 2011, plaintiff filed a request for the Clerk to enter
2  default against Defendant Cole (Docket Nos. 106, 107);

3  WHEREAS, on May 4, 2011, plaintiff's request for entry of default against
4  Defendant Cole was forwarded to the assigned judge for consideration due to the
5  inability of the Clerk to determine, due to the complexities in the service of
6  summons and complaint in foreign countries, whether proper service in a foreign
7  country had been effected (Docket No. 108);

8  WHEREAS, Defendant disputes that service was made in the manner
9  required by law but, in exchange for a thirty (30) day extension of time to file his
10 answer (until June 10, 2011), has agreed to waive any objections he might
11 otherwise have as to personal jurisdiction and the method of service;

12 THEREFORE, IT IS HEREBY STIPULATED, by the parties, by and
13 through their undersigned counsel of record, that an order may and shall be entered
14 as follows:

15 (1) Defendant waives the defense of improper service of process and
16 waives service of process of the summons and complaint in this action;

17 (2) Defendant waives the defense of lack of personal jurisdiction;

18 (3) Defendant agrees not to file a pre-answer motion to dismiss, but
19 reserves his right to assert all defenses in his answer (other than improper service of
20 process and lack of personal jurisdiction); and

21 (4) Plaintiff's request that the default of Defendant Cole be entered,
22 filed on April 29, 2011 (Docket Nos. 106, 107), shall be deemed to be withdrawn,
23 and plaintiff shall not seek to have a default judgment entered against Defendant
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
9055122_2.DOC

STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT WITH RESPECT TO DEFENDANT LEE COLE
2.

1  unless Defendant Cole fails to answer the Consolidated Second Amended
2  Complaint in the time provided for herein.
3
4  DATED: May 20, 2011                THE ROSEN LAW FIRM, P.A.
5
6                                     By /s/ Laurence M. Rosen
7                                        Laurence M. Rosen
                                          Lead Counsel for Plaintiffs
8
9  DATED: May 20, 2011                BUCHALTER NEMER
10                                    A Professional Corporation
11
12                                    By /s/ Lawrence B. Steinberg
                                         Lawrence B. Steinberg
13                                       Attorneys for defendant LEE COLE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
9055122_2.DOC

STIPULATION TO WITHDRAW PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT WITH RESPECT TO DEFENDANT LEE COLE

3.