# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   SACV 10-0252-DOC (RNBx) | Date   June 6, 2011 |
| Consolidated with SACV10-0258-DOC(RNBx) | |
| Title   DALTON PETRIE -V- ELECTRONIC GAME CARD, INC., ET AL. | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Laurence M. Rosen | Christopher Kim |
| | Seth Aronson |
| | Jerome Fortinsky |
| | Kelsey Larson |
| | Kenneth Schachter |
| | Lawrence Steinberg |
| | Anthony Ellrod |

Proceedings:    SCHEDULING CONFERENCE

The case is called. Counsel state their appearances. The Court conducts the Scheduling Conference. The Court sets the following case management dates:

| | |
|---|---|
| Initial Disclosures | - 08-15-2011 |
| Class Certification Filing | - 12-15-2011 |
| Opposition to Class Certification | - 03-12-2012 |
| Reply to Class Certification | - 04-23-2012 |
| Class Certification Hearing | - 05-21-2012 at 8:30 a.m. |
| Discovery Cut Off | - 08-31-2012 |
| Plaintiff Expert Report | - 10-26-2012 |
| Defense Expert Report | - 11-30-2012 |
| Expert Discovery Cut Off | - 01-14-2013 |
| Motion Cut Off | - 04-15-2013 at 8:30 a.m. |
| Final Pre Trial Conference | - 05-20-2013 at 8:30 a.m. |
| Jury Trial | - 05-28-2013 at 8:30 a.m. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

      Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15.4 is private mediation or Retired Judicial Officer. Counsel are directed to complete mediation no later than August 15, 2011.

      Plaintiff directed to submit supplemental briefing on foreign defendant Linden Boyne for default to be entered. Supplemental briefing due no later than June 20, 2011.

      Pretrial Scheduling Order signed and filed this date. Any unserved Does/Roes are dismissed at this time.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | jcb | |