Michael L. Cypers (State Bar. No. 100641)
mcypers@crowell.com
Julia Roberson (State Bar No. 264071)
jroberson@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 662-4750
Facsimile: (213) 662-2690

Attorneys for Defendant
LINDEN BOYNE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.

ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,

Defendants.

CASE NO: SACV-10-00252-DOC(RNBx)

CLASS ACTION

STIPULATION FOR DEFENDANT LINDEN BOYNE TO ANSWER COMPLAINT AND TO WITHDRAW PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT WITH RESPECT TO DEFENDANT LINDEN BOYNE

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

WHEREAS, Plaintiffs contend that they effected service of the summons and complaint in this action on Defendant Linden Boyne ("Defendant") on October 13, 2010, November 30, 2010, February 7, 2011, February 8, 2011, and April 3, 2011;

WHEREAS, on April 29, 2011, Plaintiffs filed a request for the Clerk to enter default against Defendant Boyne (Docket Nos. 105, 107);

WHEREAS, on June 20, 2011, Plaintiffs filed their Supplementary Briefing in Support of Request for Entry of Default of Defendant Linden Boyne (Docket No. 133);

WHEREAS, on July 22, 2011, Defendant Boyne filed a Notice of Appearance after obtaining California counsel and indicated to the Court that he submitted to the Court's jurisdiction and was in discussions with Plaintiff on reaching a stipulation for the filing of a responsive pleading (Docket No. 141);

WHEREAS, on July 29, 2011, Defendant Boyne filed an Updated Notice of Appearance (Docket No. 148) informing the Court that discussions with Plaintiff related to a stipulation were ongoing;

THEREFORE, IT IS HEREBY STIPULATED, by the parties, by and through their undersigned counsel of record, that an order may and shall be entered as follows:

(1) Defendant Linden Boyne waives service of process of the summons and complaint in this action;

(2) Defendant Linden Boyne admits and consents that the Court has personal jurisdiction over him, and may lawfully exercise such personal jurisdiction over him, in this action for all purposes;

(3) Defendant Linden Boyne agrees to answer the Consolidated Second Amended Complaint within thirty (30) days from the date of the stipulation, that is, on or before September 2, 2010; and

(4) Plaintiffs' request that the default of Defendant Linden Boyne be entered, filed on April 29, 2011 (Docket Nos. 105, 107, 133), shall be deemed to be withdrawn, and Plaintiffs shall

//

not seek to have a default judgment entered against Defendant Boyne.

Dated: August 3, 2011

Respectfully submitted,

CROWELL & MORING LLP
Michael Cypers
Julia Roberson

By: /s/ Michael Cypers
Michael Cypers

Attorneys for Defendant
LINDEN BOYNE

Dated: August 3, 2011

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

By: /s/ Laurence M. Rosen
Laurence M. Rosen

Lead Counsel for Plaintiffs