```
 1  Lawrence B. Steinberg, Esq.
 2  Buchalter Nemer, a Professional Corporation
    1000 Wilshire Boulevard, Suite 1500
 3  Los Angeles, CA 90017-2457
 4  Telephone: (310) 460-4481
    Facsimile: (310) 282-8213
 5
 6  -and-
 7
    Jeffrey J. Greenbaum, Esq. (pro hac vice)      Kenneth R. Schachter, Esq. (pro hac
 8  Hervé Gouraige, Esq. (pro hac vice)             vice)
    Sills Cummis & Gross P.C.                       Sills Cummis & Gross P.C.
 9  One Riverfront Plaza                            30 Rockefeller Plaza, 29th floor
10  Newark, New Jersey 07102                        New York, New York 10112
    Telephone: (973) 643-7000                       Telephone: (212) 643-7000
11  Facsimile: (973) 643-6500                       Facsimile: (212) 643-6500
12
    Counsel for Defendant Lee J. Cole
13
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARREL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JOHATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG, DEFENDANTS,<br><br>Defendant. | Case No. SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>DECLARATION OF JEFFREY J. GREENBAUM IN SUPPORT OF DEFENDANT LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)<br><br>Hearing: September 26, 2011<br>Time:    8:30 a.m.<br>Judge:   The Hon. David O. Carter |

SILLS CUMMIS & GROSS P.C.
ATTORNEYS AT LAW
NEWARK

DECLARATION OF JEFFREY GREENBAUM IN SUPPORT OF DEFENDANT     No. SACV-10-002552-DOC(RNBx)
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

Jeffrey J. Greenbaum, a member of the law firm of Sills Cummis & Gross P.C., admitted to this Court *pro hac vice* as counsel for defendant Lee J. Cole ("Cole") in this action, declares as follows:

1. I make this declaration in support of Cole's motion for judgment on the pleadings under Fed. R. Civ. P. 12(c).

2. Attached hereto as Exhibit A is a true and correct copy of the Form 10-KSB Annual Report for the Fiscal Year Ended December 31, 2006, filed by Electronic Game Card, Inc. ("EGCI") with the Securities and Exchange Commission ("SEC") on April 5, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the Form 10-KSB Annual Report for the Fiscal Year Ended December 31, 2007, filed by EGCI with the SEC on March 26, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of the Form 10-KSB Annual Report for the Fiscal Year Ended December 31, 2008, filed by EGCI with the SEC on March 24, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of the Form 8-K filed by EGCI with the SEC on December 10, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of the Form 8-K filed by EGCI with the SEC on January 31, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of a Form 288b Terminating Appointment of John Bentley as a Director of Electronic Game Card, Limited, a United Kingdom corporation ("EGCL"), filed on January 31, 2006 with Companies House, an Executive Agency of the Department for Business, Innovation and Skills of the Government of the United Kingdom ("Companies House"), and available for download by the public at wck2.companieshouse.gov.uk ("Companies House Webcheck Site.").

8. Attached hereto as Exhibit G is a true and correct copy of a Form 363a Annual Return filed on April 18, 2006 by EGCL with Companies House, and available for download by the public at the Companies House Webcheck Site.

9. Attached hereto as Exhibit H is a true and correct copy of a Form 8-K filed by EGCI with the SEC on November 3, 2009.

10. Attached hereto as Exhibit I is a true and correct copy of a Form 8-K filed by EGCI with the SEC on November 5, 2009.

11. Attached hereto as Exhibit J is a true and correct copy of a Form AP01 Appointment of Kevin Donovan as Director of EGCL, dated December 28, 2009, and filed on January 26, 2010 with Companies House, and available for download by the public at the Companies House Webcheck Site.

12. Attached hereto as Exhibit K is a true and correct copy of a Form AP01 Appointment of Eugene Christiansen as Director of EGCL, dated December 28, 2009, and filed on January 26, 2010 with Companies House, and available for download by the public at the Companies House Webcheck Site.

13. Attached hereto as Exhibit L is a true and correct copy of a Form AP03 Appointment of Eugene Christiansen as Secretary of EGCL, dated December 28, 2009, and filed on January 26, 2010 with Companies House, and available for download by the public at the Companies House Webcheck Site.

14. Attached hereto as Exhibit M is a true and correct copy of a Form TM01 Termination of Appointment of Linden Boyne as Director of EGCL, dated December 28, 2009, and filed on January 26, 2010 with Companies House, and available for download by the public at the Companies House Webcheck Site.

15. Attached hereto as Exhibit N is a true and correct copy of a Form TM02 Termination of Appointment of Greenfield Capital International Limited as Secretary of EGCL, dated December 28, 2009, and filed on January 26, 2010 with Companies House, and available for download by the public at the Companies House Webcheck Site.

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

3

DECLARATION OF JEFFREY GREENBAUM IN SUPPORT OF DEFENDANT
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

No. SACV-10-002552-DOC(RNBx)

16. Attached hereto as Exhibit O is a true and correct copy of a Form 8-K filed by EGCI with the SEC on May 18, 2010.

17. Attached hereto as Exhibit P is a true and correct copy of the Amended and Audited Financial Statements of EGCL for the Year Ended 31 December 2008, filed on January 21, 2011 with Companies House, and available for download by the public at the Companies House Webcheck Site.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2011

_____
JEFFREY J. GREENBAUM

SILLS CUMMIS & GROSS P.C.
ATTORNEYS AT LAW
NEWARK

4

DECLARATION OF JEFFREY GREENBAUM IN SUPPORT OF DEFENDANT
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

No. SACV-10-002552-DOC(RNBx)