Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

Jeffrey J. Greenbaum, Esq. (pro hac vice)
Hervé Gouraige, Esq. (pro hac vice)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Kenneth R. Schachter, Esq. (pro hac vice)
Sills Cummis & Gross P.C.
30 Rockefeller Plaza, 29th floor
New York, New York 10112
Telephone: (212) 643-7000
Facsimile: (212) 643-6500

Counsel for Defendant Lee J. Cole

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARREL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JOHATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG, DEFENDANTS,<br><br>Defendant. | Case No. SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>DEFENDANT LEE J. COLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)<br><br>Hearing: September 26, 2011<br>Time:    8:30 a.m.<br>Judge:   The Hon. David O. Carter |

SILLS CUMMIS & GROSS P.C.
ATTORNEYS AT LAW
NEWARK

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

No. SACV-10-002552-DOC(RNBx)

Defendant Lee J. Cole ("Cole") hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following document(s) in connection with his Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c).

Attached as exhibits to the Declaration of Jeffrey J. Greenbaum in Support of Cole's Motion for Judgment on the Pleadings ("Greenbaum Dec.") are true and correct copy of documents that Electronic Game Card, Inc. ("EGCI") has filed with the United States Securities and Exchange Commission ("SEC") between December 2003 and May 2010 (*see* Greenbaum Dec., Exhibits A, B, C, D, E, H, I. and O).

Also attached to the Greenbaum Declaration are true and correct copies of documents that EGCI's former subsidiary, Electronic Game Card (UK), Limited, formerly known as Electronic Game Card, Limited ("EGCL"), has filed with Companies House, an Executive Agency of the Department for Business, Innovation and Skills of the Government of the United Kingdom ("Companies House") (*see* Greenbaum Dec., Exhibits F, G, J, K, L, M and N.)  These documents are available for download by the public at wck2.companieshouse.gov.uk.

The Court may take judicial notice of facts contained in publicly available documents from governmental sources, such as SEC filings as well as publicly available documents from foreign countries. *See, e.g., Meltzer Inv. GMBH v. Corinthian Colls., Inc.,* 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *See In re Silicon Graphics,* 183 F.3d 970, 986 (9th Cir. 1999) (SEC filings); *Vathana v. EverBank,* No. C 09-02338 RS, 2010 U.S. Dist. LEXIS 35665, *6 n.3 (N.D. Cal. Mar. 15, 2010) (taking judicial notice of information available for public review on website of Central Bank of Iceland); *CP Solutions PTE, Ltd. v. Gen. Elec. Co.,* 470 F. Supp.2d 151 (D.C. Conn. 2007) (taking judicial notice of provisions of Canadian Business Corporations Act); *A.I. Trade Fin. v. Centro Internationale Handelsbank AG,* 926 F. Supp. 378 (S.D.N.Y. 1996) (taking judicial notice of Austrian

SILLS CUMMIS & GROSS P.C.
ATTORNEYS AT LAW
NEWARK

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

2

No. SACV-10-002552-DOC(RNBx)

judgment). Plaintiffs agree that this Court may take judicial notice of EGCL's public filings in the United Kingdom. *See* Docket Entry no. 50, at 3-4 (Plaintiffs' Request for Judicial Notice included request to take judicial notice of EGCL's public filings with Companies House).

Furthermore, the Court may properly consider facts and documents subject to judicial notice, as well as documents attached to or incorporated by reference in the complaint, without converting a motion brought under Rule 12(c) or Rule 12(b)(6) into a motion for summary judgment. *United States v. Richie,* 342 F.3d 903, 908 (9th Cir, 2003). The foregoing documents are "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot be questioned." Fed. R. Evid. 201(b).

In addition to the foregoing publicly filed documents, the Court may also take judicial notice of the exchange rate of British Pounds to U.S. Dollars on December 31, 2008 (referred to in Cole's Memorandum of Points and Authorities, at 10 n.3), as reflected on the following website: http://www.exchange-rates.org/Rate/GBP/USD/12-31-2008. *See Ram Head Outfitters, Ltd. v. Mecham,* CV 09-1382-PHX-MHM, 2011 U.S. Dist. LEXIS 40903, at *27 (D. Ariz. April 13, 2011) (taking judicial notice of exchange rate between U.S. Dollar and Canadian Dollar); *Vathana v. EverBank, supra,* 2010 U.S. Dist. LEXIS 35665, *6 n.3 (taking judicial notice of exchange rate between U.S. Dollar and Icelandic Krona).

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

No. SACV-10-002552-DOC(RNBx)

For the foregoing reasons, defendant Lee J. Cole requests that the Court take judicial notice of the above-referenced publicly available facts and documents in connection with its consideration of Cole's Motion for Judgment on the Pleadings.

DATED: August 29, 2011                Respectfully submitted,

By: *s/ Lawrence B. Steinberg*
Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

| | |
|---|---|
| Kenneth R. Schachter, Esq. (pro hac vice) | Jeffrey J. Greenbaum, Esq. (pro hac vice) |
| Sills Cummis & Gross P.C. | Hervé Gouraige, Esq. (pro hac vice) |
| 30 Rockefeller Plaza, 29th floor | Sills Cummis & Gross P.C. |
| New York, New York 10112 | One Riverfront Plaza |
| Telephone: (212) 643-7000 | Newark, New Jersey 07102 |
| Facsimile: (212) 643-6500 | Telephone: (973) 643-7000 |
| | Facsimile: (973) 643-6500 |

Counsel for Defendant Lee J. Cole

SILLS CUMMIS & GROSS P.C.
ATTORNEYS AT LAW
NEWARK

4
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
LEE J. COLE'S MOTION FOR JUDGMENT ON THE PLEADINGS

No. SACV-10-002552-DOC(RNBx)