Michael L. Cypers (State Bar. No. 100641)
 mcypers@crowell.com
Julia Roberson (State Bar No. 264071)
 jroberson@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 662-4750
Facsimile: (213) 662-2690

Attorneys for Defendant
LINDEN BOYNE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br><br>Defendants. | CASE NO: SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>DEFENDANT LINDEN BOYNE'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>Hearing: September 26, 2011<br>Time: 8:30 a.m.<br>Judge: The Hon. David. O. Carter<br>Courtroom: 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on September 26, 2011, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendant Linden Boyne will and hereby does move the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against him in the above-captioned proceedings on the grounds that the Consolidated Second Amended Complaint for Violations of the Federal Securities Laws, dated February 11, 2011, fails to state a claim upon which relief may be granted as to Mr. Boyne and does not meet the requirements of the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4).

The Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, The Request for Judicial Notice, the Declaration of Michael L. Cypers and the exhibits thereto, the Declaration of Linden Boyne and the exhibits thereto, the Declaration of Aryeh S. Portnoy, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion.

//

//

//

//

1  This Motion is made following the conference of counsel pursuant to Local
2  Rule 7-3, which took place on August 19, 2011.

4  Dated: August 29, 2011          Respectfully submitted,

5                                  CROWELL & MORING LLP
                                   Michael Cypers
6                                  Julia Roberson

8                                  By: /s/ Michael Cypers
                                        Michael Cypers

10                                 Attorneys for Defendant
                                   LINDEN BOYNE

## PROOF OF SERVICE

### State of California, County of Los Angeles

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 515 S. Flower Street, 40th Floor, Los Angeles, CA 90071.

On August 29, 2011 , I served true copies of the document(s) described as follows on the interested parties in this action:

**DEFENDANT LINDEN BOYNE'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2011, at Los Angeles, California.

*/ S/ Lucy DelValle*

LUCY DELVALLE