Michael L. Cypers (State Bar. No. 100641)
  mcypers@crowell.com
Julia Roberson (State Bar No. 264071)
  jroberson@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 662-4750
Facsimile: (213) 662-2690

Attorneys for Defendant
LINDEN BOYNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br><br>Defendants. | CASE NO: SACV-10-00252-DOC(RNBx)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ARYEH S. PORTNOY IN SUPPORT OF DEFENDANT LINDEN BOYNE'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>Hearing: September 26, 2011<br>Time: 8:30 a.m.<br>Judge: The Hon. David. O. Carter<br>Courtroom: 9D |

I, Aryeh S. Portnoy, hereby declare as follows:

1. I am an attorney with the law firm of Crowell & Moring LLP, which has been retained to represent Linden Boyne in the matter of *Dalton Petrie, et al. v. Electronic Game Card, Inc., et al.*, Case No.: SACV-10-00252-DOC (RNBx), pending before the Honorable David O. Carter.

2. In accordance with Central District of California Local Rule 7-3 and on behalf of counsel of record for Linden Boyne, I contacted Plaintiffs' counsel on August 19, 2011 to discuss the grounds for Linden Boyne's Motion to Dismiss the Consolidated Second Amended Complaint for Violations of the Federal Securities Laws Pursuant to Fed. R. Civ. P. 12(b)(6) and any potential resolution.

3. The parties were unable to reach a resolution eliminating the necessity for a hearing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed August 29, 2011, at Washington, DC.

                                             /s/ Aryeh S. Portnoy_____
                                             ARYEH S. PORTNOY

## PROOF OF SERVICE

### State of California, County of Los Angeles

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 515 S. Flower Street, 40th Floor, Los Angeles, CA 90071.

On August 29, 2011, I served true copies of the document(s) described as follows on the interested parties in this action:

**DECLARATION OF ARYEH S. PORTNOY IN SUPPORT OF DEFENDANT LINDEN BOYNE'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2011, at Los Angeles, California.

*/ S/  Lucy DelValle*
_____
LUCY DELVALLE