Michael L. Cypers (State Bar. No. 100641)
  mcypers@crowell.com
Julia Roberson (State Bar No. 264071)
  jroberson@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 662-4750
Facsimile:   (213) 662-2690

Attorneys for Defendant
LINDEN BOYNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG,<br><br>Defendants. | CASE NO: SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>DEFENDANT LINDEN BOYNE'S JOINDER IN DEFENDANT LEE COLE'S MOTION TO CONFIRM EXISTENCE OF A STAY OF DISCOVERY UNDER THE PSLRA (DOCKET ENTRY NO. 161)<br><br>Hearing:   September 26, 2011<br>Time:      8:30 a.m.<br>Judge:     The Hon. David O. Carter<br>Courtroom: 9D |

Defendant Linden Boyne ("Boyne") hereby joins in Defendant Lee Cole's Motion to Confirm the Existence of a Stay of Discovery Under the PSLRA Pending Determination of Cole's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) (the "Motion") filed on August 29, 2011.  Docket Entry No. 161.

As is the case with respect to Mr. Cole and as stated in Boyne's Motion to Dismiss the Consolidated Second Amended Complaint for Violations of the Federal Securities Laws Pursuant to Fed. R. Civ. P. 12(b)(6) ("Boyne Motion to Dismiss"), a discovery stay is mandatory as to Mr. Boyne pending the resolution of his Motion to Dismiss under the Private Securities Litigation Reform Act of 1995 ("PSLRA"). 15 U.S.C. § 78u-4(b)(3)(B); Boyne Motion to Dismiss, Docket Entry No. 165 at 7 n.3.

Accordingly, Boyne joins in Cole's Motion in order to confirm with the Court the existence of such a mandatory discovery stay.

Dated:  August 30, 2011

Respectfully submitted,

CROWELL & MORING LLP
Michael Cypers
Julia Roberson

By: /s/ Michael Cypers
    Michael Cypers

Attorneys for Defendant
LINDEN BOYNE

## PROOF OF SERVICE

### State of California, County of Los Angeles

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 515 S. Flower Street, 40th Floor, Los Angeles, CA 90071.

On August 30, 2011 , I served true copies of the document(s) described as follows on the interested parties in this action:

**DEFENDANT LINDEN BOYNE'S JOINDER IN DEFENDANT LEE COLE'S MOTION TO CONFIRM EXISTENCE OF A STAY OF DISCOVERY UNDER THE PSLRA (DOCKET ENTRY NO. 161)**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 30, 2011, at Los Angeles, California.

*/ S/  Lucy DelValle*

Lucy DelValle