Laurence Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A**.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

-and-

Phillip Kim (*pro hac vice*)
**THE ROSEN LAW FIRM, P.A**.
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD LEONARD STEINBERG,<br><br>Defendants. | Case No.: SACV-10-00252 DOC (RNBx)<br><br>CLASS ACTION<br><br>DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO COLE AND BOYNE'S MOTIONS TO STAY DISCOVERY<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Hearing Date: September 26, 2011<br>Hearing Time: 8:30 a.m. |

## **DECLARATION OF LAURENCE ROSEN**

I, Laurence Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly licensed to practice law in California, New York, New Jersey, and Florida.

2. I am the managing shareholder of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiffs and the Class in this litigation (the "Action"). I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto. I submit this declaration in support of Plaintiffs' Opposition to Cole and Boyne's Motions to Stay Discovery.

3. Attached as Exhibit 1 is a true and correct copy of a letter from Jeffrey Greenbaum counsel for defendant Lee Cole, dated August 31, 2011, stating that all discovery in this action is stayed.

4. Attached as Exhibit 2 is a true and correct copy of a letter from Michael Cypers, counsel for defendant Linden Boyne, dated August 30, 2011 stating that all discovery in this action is stayed.

5. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: September 2, 2011        /s/ Laurence Rosen
                                              Laurence Rosen

1
DECLARATION OF LAURENCE ROSEN IN OPPOSITION TO COLE AND BOYNE'S MOTIONS TO STAY DISCOVERY

# CERTIFICATE OF SERVICE

I, Timothy W. Brown, hereby declare under penalty of perjury as follows: I am an attorney with the Rosen Law Firm, P.A., with offices at 275 Madison Avenue, 34th Floor, NY, NY 10016. I am over the age of eighteen.

On September 2, 2011, I electronically filed the foregoing DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO COLE AND BOYNE'S MOTIONS TO STAY DISCOVERY with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Executed on September 2, 2011

                                                /s/ Timothy W. Brown