# EXHIBIT 1

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

Jeffrey J. Greenbaum
Member of the Firm
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

August 31, 2011

**Via E-Mail and Regular Mail**

Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
355 South Grand Street, Suite 2450
Los Angeles, California 90071

Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016

Re: *Petrie et al. v. Electronic Game Card Inc., et al.*
No. 10-cv-0252 (DOC)(RNBx) (C.D. Cal.)

Dear Counsel:

We are in receipt of plaintiffs' Notice of Deposition of Lee Cole dated August 30, 2011. As you are aware, Mr. Cole filed his motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on Monday, August 29, 2011 (Docket Entry Nos. 162-164). As a result, all discovery is stayed in the action pending the Court's determination of that motion. Additionally, as you are also aware, Mr. Cole simultaneously filed a motion to confirm the existence of the stay of discovery pursuant to the Private Securities Litigation Reform Act ("PSLRA") pending a decision on Mr. Cole's Rule 12(c) motion because of your refusal to acknowledge the discovery stay, which was discussed with Mr. Kim in our "meet and confer" discussion on August 12, 2011. In fact, when I first notified you of our planned Rule 12(c) motion on August 9, 2011, and the resulting stay, you immediately caused document requests to be served on all defendants two days later, the responses to which are also stayed. Both motions are scheduled for hearings on September 26, 2011. As a result, Mr. Cole is not obligated to appear for the deposition, which was noticed for September 13, 2011 at your Los Angeles offices.

Moreover, also on Monday, August 29th, defendant Linden Boyne filed a motion to dismiss pursuant to Rule 12(b)(6) (Docket Entry No. 165), which independently results in the imposition of a stay of "all discovery and other proceedings" during the pendency of that motion.

**SILLS CUMMIS & GROSS**
A PROFESSIONAL CORPORATION

Laurence M. Rosen, Esq.
August 31, 2011
Page 2

*See* 15 U.S.C. § 78u-4(b)(3)(B). By letter dated August 30, 2011, Mr. Cypers, counsel for Mr. Boyne, similarly advised you of the discovery stay.

Furthermore, even if the stay were not in effect, it is not clear that plaintiffs can compel Mr. Cole to fly to Los Angeles from another continent to appear for a deposition. In any event, as a purely practical matter, Mr. Cole is not available to appear for a deposition on September 13th in Los Angeles due to other business commitments.

In the event the stay of discovery under the PSLRA is lifted, we will meet and confer with you to discuss a mutually convenient time and location for Mr. Cole's deposition.

Thank you for your attention to this matter.

Very truly yours,

JEFFREY J. GREENBAUM

JJG/jj

cc: All counsel (via e-mail PDF)