# EXHIBIT 2

515 South Flower St., 40th Floor, Los Angeles, CA  90071 ▪ p213 622-4750 ▪ f213 622-2690



Michael L. Cypers
(213) 443-5572
mcypers@crowell.com

August 30, 2011

**VIA EMAIL PDF**

Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
355 South Grand Street, Suite 2450
Los Angeles, CA 90071

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016

Re:   EGC Litigation – Notice of Deposition of Linden Boyne

Dear Counsel:

We are in receipt of your Notice of Deposition of Linden Boyne dated August 30, 2011.  As a result of Linden Boyne filing his Motion to Dismiss the Consolidated Second Amended Complaint for Violations of the Federal Securities Laws Pursuant to Fed. R. Civ. P. 12(b)(6) on August 29, 2011 (Docket Entry No. 165), all discovery as to Mr. Boyne is stayed in this matter.  The deposition you have noticed for September 14, 2011, at 9:00 a.m. in Los Angeles cannot proceed.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss…."  15 U.S.C. § 78u-4(b)(3)(B); *see also SG Cowen Sec. Corp. v. U.S. Dist. Court*, 189 F.3d 909, 912-13 (9th Cir. 1999); *Medhekar v. U.S. Dist. Court for N. Dist. of Cal.*, 99 F.3d 325, 326 (9th Cir. 1996).  In addition to filing his motion to dismiss requiring that all discovery now be stayed in this matter, Mr. Boyne today joined in the motion of defendant Lee Cole to confirm with the Court the existence of such a discovery stay in this case.  (Docket Entry Nos. 161, 166).

August 30, 2011
Page 2

The filing of Mr. Boyne's motion to dismiss was known to you since at least August 19, 2011, when my colleague Aryeh Portnoy discussed it with you in the meet and confer.  Moreover, as a matter of logistics, even if the PSLRA discovery stay were not in effect, Mr. Boyne simply cannot be in Los Angeles for a deposition on September 14, 2011.  He is committed to being in Asia on business from September 15, 2011 through September 22, 2011.  He cannot be in Los Angeles on September 14, 2011.

Also, it is not clear that you can compel Mr. Boyne to travel to Los Angeles in order to take his deposition.  However, if the discovery stay in this matter is lifted, we will be happy to meet and confer with you on a convenient time and place to conduct the deposition of Mr. Boyne that is suitable for all parties involved.

Thank you for your ongoing courtesy and cooperation

Very truly yours,

Michael Cypers

cc:    Counsel in case, by email PDF