1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD STEINBERG,<br><br>    Defendants. | CASE NO. SACV 10-0252 DOC (RNBx)<br><br><br><br>ORDER |

1   The Court having received and reviewed the parties' November 17, 2011 stipulation, and
2   good cause appearing;
3   IT IS HEREBY ORDERED:
4   1.   The defendants shall answer or move in response to any amended complaint by
5   December 21, 2011.
6   2.   If a defendant moves to dismiss any amended complaint, the lead plaintiffs shall
7   serve and file their papers in opposition to the motion by January 20, 2012.
8   3.   Any moving defendant shall thereafter serve and file a reply brief in further support
9   of the motion to dismiss by February 10, 2012.
10  4.   If the case is not dismissed after any motions, the parties shall meet and confer on a
11  new Case Management Schedule within 7 days after the Court rules on the defendants' motion to
12  dismiss the amended complaint (or, if no defendant so moves, within 7 days after the defendants
13  file their answers to the amended complaint).
14  5.   The plaintiffs' deadline to file a motion for class certification is hereby postponed
15  until 30 days after the Court rules on the defendants' motion to dismiss the amended complaint
16  (or, if no defendant so moves, until 30 days after the defendants file their answers to the amended
17  complaint).

DATE: November 18, 2011

_David O. Carter_
DAVID O. CARTER
United States District Judge

[PROP.] ORDER                                                          CASE NO. SACV 10-0252 DOC (RNBx)