# EXHIBIT 5

# CREDIT SUISSE

**CREDIT SUISSE (GIBRALTAR) LIMITED**

P.O. Box 556  
Neptune House  
Marina Bay  
Gibraltar

Phone  +(350) 20004000/20004001  
Fax    +(350) 20004900  
www.credit-suisse.com

Private Banking  
Relationship Management, SIOH 434

Diana Ali  
Senior Relationship Manager  
00350 2000 4506  
diana.l.ali@credit-suisse.com

Mr Kevin Donovan  
Chief Executive Officer  
Electronic Game Card, Inc  
5405 Alton Parkway, Suite A-353  
Irvine  
CA 92604  
United States Of America

For Recipient's Use Only

February 5th, 2010

Dear Mr Donovan

I refer to our earlier telephone conversation and my previous letter dated 29th January 2010. I hereby confirm that Electronic Game Card Inc had one account with us, account no 208163, opened on the 5th December 2005 and closed on the 13th January 2010, during which time no assets were ever received.

I can confirm that no other account or sub account in the name of Electronic Game Card Inc or Electronic Game Card (UK) Ltd is held with ourselves.

I re-confirm that the account no 207103 that you referred to in your email of the 21st January and again in our telephone call earlier, is not an account or sub account in the Electronic Game Card Inc or Electronic Game Card (UK) Ltd.

Yours sincerely

CREDIT SUISSE (GIBRALTAR) LIMITED

Diana Ali  
Senior Relationship Manager

Tyrone Vinet  
Assistant Vice President

Registration number 14788  
Authorised by Financial Services Commission to conduct investment business  
Registered in Gibraltar