Christopher Kim (Bar No. 82080)
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Phone: (213) 955-9500
Email: Christopher.Kim@ limruger.com

Jonathan D. Cogan
KOBRE & KIM, LLP
800 Third Avenue
New York, NY 10022
Phone: (212) 488-1206
Email: Jonathan.Cogan@kobrekim.com

Attorneys for Defendant, Paul Farrell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL; EUGENE CHRISTIANSEN; ANNA HOUSSELS; ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No.: SACV-10-00252-DOC (RNBx)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT PAUL FARRELL TO DISMISS THE CONSOLIDATED THIRD AMENDED COMPLAINT**<br><br>Hearing: February 27, 2012<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: The Hon. David O'Carter |

1
NOTICE OF MOTION TO DISMISS CONSOLIDATED THIRD AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on February 27, 2012 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendant Paul Farrell will and hereby does move the court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against him on the grounds that the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, dated November 21, 2011, fails to state a claim against defendant Paul Farrell upon which relief may be granted.

The Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on or around December 15, 2011.

Dated: December 21, 2011

LIM, RUGER & KIM, LLP
Christopher Kim

By: /s/ Christopher Kim
Christopher Kim
Attorneys for Defendant
Paul Farrell