1  Anthony J. Ellrod, State Bar No. 136574
   MANNING & KASS
2  ELLROD, RAMIREZ, TRESTER LLP
   15th Floor at 801 Tower
3  801 South Figueroa Street
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  Email: aje@manningllp.com

6  Jeffrey S. Boxer, Esq. *(Pro Hac Vice)*
   CARTER LEDYARD & MILBURN LLP
7  2 Wall Street
   New York, NY 10005
8  Telephone:  (212) 732-3232
   Facsimile:   (212) 732-3200
9  Email:  boxer@clm.com

10 Attorneys for Defendant, ESTATE OF LORD STEINBERG

11                    UNITED STATES DISTRICT COURT
12                    CENTRAL DISTRICT OF CALIFORNIA
13                         SOUTHERN DIVISION
14
15

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND LYNNE ROCHELLE ATTIAS, AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD STEINBERG,<br><br>                    Defendants. | Case No.: SACV-10-00252-DOC(RNBx)<br><br>NOTICE OF MOTION AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT THE ESTATE OF LORD STEINBERG'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT<br><br>Date:           February 27, 2012<br>Time:           8:30 a.m.<br>Courtroom:  9D (Santa Ana)<br>Judge: Hon. David O'Carter |

NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 27, 2012, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendant the Estate of Lord Steinberg will and hereby does move the Court for an Order pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure dismissing all claims against him in the above-entitled proceedings on the ground that the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, dated November 21, 2011, fails to state a claim upon which relief can be granted as to the Estate of Lord Steinberg.

The Motion is based on this Notice of Motion and the concurrently filed Memorandum of Law of the Estate of Lord Steinberg in Support of the Motion to Dismiss.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 15, 2011.

Dated: December 21, 2011

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/ *Anthony J. Ellrod*

and

CARTER LEDYARD & MILBURN LLP

By: /s/ *Jeffrey S. Boxer*

Attorneys for Defendant,
ESTATE OF LORD STEINBERG