SETH ARONSON (S.B. #100153)
saronson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

SARA M. FOLCHI (S.B. #228540)
sfolchi@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601

Attorneys for Defendant
ANNA HOUSSELS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN; PAUL FARRELL; EUGENE CHRISTIANSEN; ANNA HOUSSELS; ESTATE OF LORD LEONARD STEINBERG AND BERYL STEINBERG AS ADMINISTRATOR/EXECUTOR OF ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No.  SACV-10-00252-DOC(RNBx)<br><br>**DEFENDANT ANNA HOUSSELS'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED THIRD AMENDED COMPLAINT**<br><br>Hearing: February 27, 2012<br>Time:  8:30 a.m.<br>Courtroom:  9D<br>Judge:  Hon. David O. Carter |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 27, 2012 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, Defendant Anna Houssels will and hereby does move the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against her in the above-captioned proceedings on the grounds that the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, filed November 21, 2011, fails to state a claim upon which relief may be granted under Section 20(a) of the Securities Exchange Act of 1934.  The Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Sara M. Folchi and the exhibit thereto, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 7, 2011.

Dated:      December 21, 2011

SETH ARONSON
SARA M. FOLCHI
O'MELVENY & MYERS LLP

By: /s/ Seth Aronson
            Seth Aronson
      Attorneys for Defendant
      ANNA HOUSSELS