Michael L. Cypers (State Bar No. 100641)
 mcypers@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 662-4750
Facsimile: (213) 662-2690

Thy B. Bui (State Bar No. 256383)
 tbui@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant
LINDEN BOYNE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC. *et al.*,<br><br>Defendants. | CASE NO: SACV-10-00252-DOC (RNBx)<br><br><u>CLASS ACTION</u><br><br>DEFENDANT LINDEN BOYNE'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED THIRD AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>Hearing: February 27, 2012<br>Time: 8:30 a.m.<br>Judge: The Hon. David O. Carter<br>Courtroom: 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 27, 2012, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendant Linden Boyne will and hereby does move the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against him in the above-captioned proceedings on the grounds that the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, dated November 21, 2011, fails to state a claim upon which relief may be granted as to Mr. Boyne and does not meet the requirements of the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4) because the Third Amended Complaint fails to satisfactorily allege: (1) a material misstatement or omission, and (2) scienter.

The Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Michael L. Cypers and the exhibits thereto, the Declaration of Linden Boyne and the exhibits thereto, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 15, 2011.

Dated: December 21, 2011          Respectfully submitted,

                                              CROWELL & MORING LLP
                                              Michael L. Cypers
                                              Thy B. Bui

                                              By: /s/ Michael L. Cypers
                                                      Michael L. Cypers

                                              Attorneys for Defendant
                                              LINDEN BOYNE

# PROOF OF SERVICE

## State of California, County of Los Angeles

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 515 S. Flower Street, 40th Floor, Los Angeles, CA 90071.

On December 21, 2011, I served true copies of the document(s) described as follows on the interested parties in this action:

**DEFENDANT LINDEN BOYNE'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED THIRD AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2011, at Los Angeles, California.

/s/ Sandra Holstein
Sandra Holstein

---

SACV-10-00252-DOC(RNBx)    1    DEFENDANT BOYNE'S NOTICE OF MOTION AND MOTION TO DISMISS

# SERVICE LIST

### Petrie v. Electronic Game Card, Inc., et al.
### Case No. SACV-10-00252-DOC (RNBx)

| | |
|---|---|
| Laurence M. Rosen<br>Rosen Law Firm PA<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Phone: 213-785-2610<br>Fax: 213-226-4684<br>E-mail: lrosen@rosenlegal.com | Attorneys for Plaintiff Dalton Petrie |
| Stephen D. Hibbard<br>Shearman & Sterling LLP<br>4 Embarcadero Center Suite 3800<br>San Francisco, CA 94111<br>Phone: 415-616-1100<br>Fax: 415-616-1199<br>E-mail: shibbard@shearman.com | Attorneys for Defendants Electronic Game Card, Inc., Kevin Donovan, and Eugene Christiansen |
| Lawrence B. Steinberg<br>Buchalter Nemer, PC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Phone: 310-460-4481<br>Fax: 310-282-8213<br>E-mail: lsteinberg@buchalter.com | Attorneys for Defendant Lee J. Cole |
| Kenneth R. Schachter<br>A. Ross Pearlson<br>Sills Cummis & Gross P.C.<br>One Rockefeller Plaza, 25th floor<br>New York, New York 10020<br>Phone: 212-643-7000<br>Fax: 212-643-6500<br>E-mail: kschachter@sillscymmis.com<br>rpearlson@sillscummis.com | |

| | | |
|---|---|---|
| 1 | Jonathan D. Cogan | Attorneys for Defendant Paul Farrell |
| 2 | KOBRE & KIM, LLP | |
| | 800 Third Avenue | |
| 3 | New York, New York 10022 | |
| | Phone:   212-488-1206 | |
| 4 | Fax: | |
| 5 | E-mail:   jonathan.cogan@kobrekim.com | |
| 6 | | |
| | Christopher Kim | |
| 7 | Lisa J. Yang | |
| 8 | Norma Nava | |
| | LIM, RUGER & KIM, LLP | |
| 9 | 1055 West Seventh Street, Suite 2800 | |
| 10 | Los Angeles, California 90017 | |
| | Phone:   213-955-9500 | |
| 11 | Fax:      213-955-9511 | |
| 12 | E-mail:   christopher.kim@limruger.com | |
| | lisa.yang@limruger.com | |
| 13 | norma.nava@limruger.com | |
| 14 | Seth Aronson | Attorneys for Defendant Anna Houssels |
| 15 | O'MELVENY & MYERS LLP | |
| | 400 South Hope Street | |
| 16 | Los Angeles, CA 90071-2899 | |
| 17 | Phone:   213-430-6000 | |
| | Fax:      213-430-6407 | |
| 18 | E-mail:   saronson@omm.com | |
| 19 | | |
| | Meredith Landy | |
| 20 | Sara M. Folchi | |
| 21 | O'MELVENY & MYERS LLP | |
| | 2765 Sand Hill Road | |
| 22 | Menlo Park, CA 94025 | |
| 23 | Phone:   650-473-2600 | |
| | Fax:      650-473-2601 | |
| 24 | E-mail:   mlandy@omm.com | |
| 25 | sfolchi@omm.com | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Anthony J. Ellrod<br>MANNING AND KASS ELLROD<br>RAMIREZ TRESTER LLP<br>801 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017<br>Phone:   213-624-6900<br>Fax:       213-624-6999<br>E-mail:   aje@mmker.com | Attorneys for Defendants Lynne<br>Rochelle Attias and Jonathan Steinberg<br>as Executors of the Estate of Lord<br>Leonard Steinberg |