Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

| | |
|---|---|
| Jeffrey J. Greenbaum, Esq. (pro hac vice)<br>Hervé Gouraige, Esq. (pro hac vice)<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500 | Kenneth R. Schachter, Esq. (pro hac vice)<br>Sills Cummis & Gross P.C.<br>30 Rockefeller Plaza, 29th floor<br>New York, New York 10112<br>Telephone: (212) 643-7000<br>Facsimile: (212) 643-6500 |

Counsel for Defendant Lee J. Cole

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARREL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JOHATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG, DEFENDANTS,<br><br>Defendant. | Case No. SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT LEE J. COLE TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>(Memorandum Of Points And Authorities, Request For Judicial Notice, and Declaration Of Jeffrey J. Greenbaum, Esq., Filed Under Separate Cover)<br><br>Hearing: February 27, 2012<br>Time: 8:30 a.m.<br>Judge: The Hon. David O. Carter |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 27, 2012 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendant Lee J. Cole will and hereby does move the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice all claims against him in the above-captioned proceeding on the grounds that the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, dated November 21, 2011, fails to state a claim upon which relief can be granted and does not meet the requirements of the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4). The Motion applies to all claims against defendant Lee J. Cole in all actions that have been consolidated in the above-captioned proceeding. The Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Jeffrey J. Greenbaum, Esq. and exhibits thereto, the Declaration of Linden Boyne ("Boyne") being filed today in connection with Boyne's motion to dismiss, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion. Defendant Cole also relies upon the arguments made by Defendant Boyne in his motion to dismiss.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place telephonically on December 15, 2011, as well as a Stipulation of Counsel dated November 17, 2011, which providing for motions to dismiss the Third Amended Complaint and which was embodied by the Order of this Court dated November 18, 2011.

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

2

DEFENDANT LEE J. COLE NOTICE OF MOTION AND MOTION TO DISMISS

No. SACV-10-002552-DOC(RNBx)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 21, 2011 | Respectfully submitted, |
| 3 | | By: *s/ Lawrence B. Steinberg* |
| 4 | | Lawrence B. Steinberg, Esq. |
| 5 | | Buchalter Nemer, a Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500 |
| 6 | | Los Angeles, CA 90017-2457<br>Telephone: (310) 460-4481 |
| 7 | | Facsimile: (310) 282-8213 |
| 8 | | |
| 9 | | -and- |
| 10 | | |
| 11 | Kenneth R. Schachter, Esq. (pro hac vice) | Jeffrey J. Greenbaum, Esq. (pro hac vice)<br>Hervé Gouraige, Esq. (pro hac vice) |
| 12 | Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. |
| 13 | 30 Rockefeller Plaza, 29th floor<br>New York, New York 10112 | One Riverfront Plaza<br>Newark, New Jersey 07102 |
| 14 | Telephone: (212) 643-7000 | Telephone: (973) 643-7000 |
| 15 | Facsimile: (212) 643-6500 | Facsimile: (973) 643-6500 |
| 16 | | Counsel for Defendant Lee J. Cole |

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

3

DEFENDANT LEE J. COLE NOTICE OF MOTION AND MOTION TO DISMISS

No. SACV-10-002552-DOC(RNBx)