Stephen D. Hibbard (SBN 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: 415-616-1100
Facsimile: 415-616-1199
Email: shibbard@shearman.com

*Attorneys for Defendants Kevin Donovan
and Eugene Christiansen*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD LEONARD STEINBERG,<br><br>Defendants. | CASE NO. SACV 10-0252 DOC (RNBx)<br><br>**NOTICE OF MOTION AND MOTION OF KEVIN DONOVAN AND EUGENE CHRISTIANSEN TO DISMISS THE CONSOLIDATED THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Hearing Date: February 27, 2012<br>Hearing Time: 8:30 a.m. |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 27, 2012 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendants Kevin Donovan and Eugene Christiansen will and hereby do move the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against them in the above-captioned proceeding on the grounds that the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, dated November 21, 2011, fails to state a claim upon which relief may be granted. The Motion is based on this Notice of Motion and Motion and the concurrently filed Memorandum of Points and Authorities, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 15, 2011.

| | | |
|---|---|---|
| 1 | Dated:   December 21, 2011 | SHEARMAN & STERLING LLP |
| 2 | | *(signature)* |
| 3 | | Jerome S. Fortinsky |
| 4 | | SHEARMAN & STERLING LLP |
| 5 | | 599 Lexington Avenue |
|   | | New York, NY  10022 |
| 6 | | Telephone: 212-848-4000 |
| 7 | | Facsimile: 212-848-7179 |
|   | | Email:  jfortinsky@shearman.com |
| 8 | | |
| 9 | | Stephen D. Hibbard (SBN 177865) |
| 10 | | SHEARMAN & STERLING LLP |
|    | | Four Embarcadero Center, Suite 3800 |
| 11 | | San Francisco, CA  94111 |
| 12 | | Telephone: 415-616-1100 |
|    | | Facsimile: 415-616-1199 |
| 13 | | Email:  shibbard@shearman.com |
| 14 | | |
| 15 | | *Attorneys for Defendants Kevin Donovan and Eugene Christiansen* |