1 Lawrence B. Steinberg, Esq.
2 Buchalter Nemer, a Professional Corporation
3 1000 Wilshire Boulevard, Suite 1500
  Los Angeles, CA 90017-2457
4 Telephone: (310) 460-4481
5 Facsimile: (310) 282-8213

6 -and-

7 Jeffrey J. Greenbaum, Esq. (pro hac vice)   Kenneth R. Schachter, Esq. (pro hac vice)
8 Hervé Gouraige, Esq. (pro hac vice)
  Sills Cummis & Gross P.C.                  Sills Cummis & Gross P.C.
9 One Riverfront Plaza                        30 Rockefeller Plaza, 29th floor
10 Newark, New Jersey 07102                    New York, New York 10112
   Telephone: (973) 643-7000                  Telephone: (212) 643-7000
11 Facsimile: (973) 643-6500                   Facsimile: (212) 643-6500

12
13 Counsel for Defendant Lee J. Cole

14 **UNITED STATES DISTRICT COURT**
15 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. SACV-10-00252-DOC(RNBx) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | NOTICE OF MOTION AND MOTION OF DEFENDANT LEE J. COLE TO STRIKE CERTAIN EXHIBITS AND ALLEGATIONS OF PLAINTIFFS' THIRD AMENDED COMPLAINT |
| ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARREL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JOHATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG, DEFENDANTS, | (Memorandum Of Points And Authorities and Declaration Of Jeffrey J. Greenbaum, Esq., Filed Under Separate Cover) |
| | Hearing: February 27, 2012 |
| | Time: 8:30 a.m. |
| | Judge: The Hon. David O. Carter |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 27, 2012 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter, United States District Judge for the Central District of California, Room 9D, located at 411 West Fourth Street, Santa Ana, California, defendant Lee J. Cole will and hereby does move the Court for an order striking Exhibits 1 through 9 and 13 through 15 of the Consolidated Third Amended Complaint for Violations of the Federal Securities Laws, dated November 21, 2011 ("TAC"), as well as paragraphs 4, 5, 8(a)-(l), 51-59, 73-75, 87-91, and 160 of the TAC in their entirety, and those portions of paragraphs 93, 94, 98, 100-102, 104, 105, 107-110, 115-118, 122, 124-126, 165, and 178-196 of the TAC that are based upon, refer to or rely on documents obtained from Mendoza and Berger ("M&B") pursuant to a third-party subpoena, on the grounds that the documents from M&B were obtained in violation of the automatic stay of discovery mandated by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4), and because plaintiffs did not comply with Fed. R. Civ. P. 45.  The Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and the Declaration of Jeffrey J. Greenbaum, Esq., and exhibits thereto, and on such other further written and oral argument as may be presented at or before the time the Court makes a ruling on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place telephonically on December 15, 2011.

| | |
|---|---|
| DATED:  December 21, 2011 | Respectfully submitted, |
| | By:  *s/ Lawrence B. Steinberg* |
| | Lawrence B. Steinberg, Esq. |
| | Buchalter Nemer, a Professional Corporation |
| | 1000 Wilshire Boulevard, Suite 1500 |
| | Los Angeles, CA 90017-2457 |
| | Telephone: (310) 460-4481 |
| | Facsimile: (310) 282-8213 |
| | -and- |
| Kenneth R. Schachter, Esq. (pro hac vice) | Jeffrey J. Greenbaum, Esq. (pro hac vice) |
| | Hervé Gouraige, Esq. (pro hac vice) |
| Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. |
| 30 Rockefeller Plaza, 29th floor | One Riverfront Plaza |
| New York, New York 10112 | Newark, New Jersey 07102 |
| Telephone: (212) 643-7000 | Telephone: (973) 643-7000 |
| Facsimile: (212) 643-6500 | Facsimile: (973) 643-6500 |
| | Counsel for Defendant Lee J. Cole |

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

3

DEFENDANT LEE J. COLE'S NOTICE OF MOTION AND MOTION TO STRIKE        No. SACV-10-002552-DOC(RNBx)