Laurence Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A**.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF ESTATE OF LORD STEINBERG,<br><br>Defendants. | Case No.: SACV-10-00252 DOC (RNBx)<br><br>CLASS ACTION<br><br>DECLARATION OF LAURENCE ROSEN IN OPPOSITION TO DEFENDANT LEE COLE'S MOTION TO STRIKE<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Hearing Date: February 27, 2012<br>Hearing Time: 8:30 a.m. |

**DECLARATION OF LAURENCE ROSEN**

I, Laurence Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am an attorney duly licensed to practice law in the State of California.

2.      I am the managing attorney of The Rosen Law Firm, P.A., Counsel for Plaintiffs in this litigation (the "Action").  I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

3.      I submit this declaration in opposition to defendant Lee Cole's motion to strike.

4.      Attached hereto are true and correct copies of the following:

**EXHIBIT 1:**     Letter my firm received, dated August 22, 2011, from M&B's counsel accompanying a CD containing the documents at-issue;

**EXHIBIT 2:**     Lee Cole's initial disclosures dated August 15, 2011;

**EXHIBIT 3:**     A June 23, 2011 email sent out by an attorney at my firm, to which I was copied, addressed to counsel for Cole and other defendants;

**EXHIBIT 4:**     Letter my firm received, dated September 1, 2011, from M&B's counsel accompanying M&B final document production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 20, 2012             /s/ Laurence Rosen
                                            Laurence Rosen

2
DECLARATION OF LAURENCE ROSEN IN OPP. TO DEFENDANT LEE COLE'S MOTION TO STRIKE

**CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows: I am that managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450. I am over the age of eighteen.

On January 20, 2012, I electronically filed the following DECLARATION OF LAURENCE ROSEN IN OPPOSITION TO DEFENDANT LEE COLE'S MOTION TO STRIKE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 20, 2012

/s/ Laurence Rosen

3
DECLARATION OF LAURENCE ROSEN IN OPP. TO DEFENDANT LEE COLE'S MOTION TO STRIKE