# EXHIBIT 1

# HORWITZ, CRON & ARMSTRONG, LLP

Lawrenece M. Cron, Esq.

**Attorneys at Law**
26475 Rancho Parkway
Lake Forest, California 92630
Telephone (949) 540-6544
Facsimile  (949) 540-6581

E-mail:  lcron@hclaw.biz

August 22, 2011

***Via Federal Express***
Phillip Kim, Esq.
**THE ROSEN LAW FIRM**
275 Madison Avenue
34th Floor
New York, NY  10016

*Re:*      <u>In Re: Electronic Game Card</u>

Dear Mr. Kim:

Per the subpoena served upon Mendoza Berger for productions all of its files relating to the audits of Electronic Game Card, enclosed, please find one (1) compact disc containing such files.

If you have any questions, please do not hesitate to contact me immediately.

Sincerely,

Lawrence M. Cron

LMC:
Enclosure

cc (w/o encl):  John R. Armstrong, Esq.

H:\Mendoza Elec Game SEC Invest\Correspondence\08-22-11 (ltr) KIM, Phillip re Subpeona and Disc.docx