# EXHIBIT 2

Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

Jeffrey J. Greenbaum, Esq. (pro hac vice)
Hervé Gouraige, Esq. (pro hac vice)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Kenneth R. Schachter, Esq. (pro hac vice)
Sills Cummis & Gross P.C.
30 Rockefeller Plaza, 29th floor
New York, New York 10102
Telephone: (212) 643-7000
Facsimile: (212) 643-6500

Counsel for Defendant Lee J. Cole

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARREL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JOHATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG, DEFENDANTS,<br><br>Defendants. | Case No. SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>DEFENDANT LEE J. COLE'S RULE 26(a)(1) INITIAL DISCLOSURES<br><br>Hon. David O. Carter |

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

DEFENDANT LEE J. COLE'S RULE 26(a)(1) DISCLOSURE

Defendant Lee J. Cole ("Cole"), by his attorneys, Buchalter Nemer, and Sills Cummis & Gross P.C., makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), based upon information currently and reasonably available to Cole and/or his counsel. Cole reserves his right pursuant to Fed. R. Civ. P. 26(a)(1)(E) and 26(e) to supplement any of the following disclosures as required.

Additionally, these disclosures are made without prejudice to Cole's position that discovery in the action is stayed pursuant to the PSLRA in view of his announced intention to shortly move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of the information:

| Name and Contact Information | Subjects of Information |
|---|---|
| Lee J. Cole<br>c/o Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000 | • Corporate history of EGCI and EGCL<br>• EGCI Board of Director meetings and activities<br>• 2002 Agreement and amendments thereto in 2006 and 2010<br>• Business and operations of EGCI<br>• Financial condition of EGCI during the Class Period |

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

1

DEFENDANT LEE J. COLE'S RULE 26(a)(1) DISCLOSURE

| | | |
|---|---|---|
| | | • Preparation of EGCI's SEC filings from April 2007 through November 2009<br>• EGCI's breach of its agreements with EGCL<br>• Claims and Defenses in the litigation |
| | Linden Boyne<br>c/o Crowell & Moring<br>515 South Flower St., 40th Floor<br>Los Angeles, California 90017<br>(213) 443-5572 | • Corporate history of EGCI and EGCL<br>• EGCI Board of Directors meetings and activities<br>• EGCL Board of Directors meetings and activities<br>• 2002 Agreement and amendments thereto in 2006 and 2010<br>• Business and operations of EGCI<br>• Financial condition of EGCI during the Class Period<br>• Preparation of EGCI's SEC filings from April 2007 through November 2009<br>• Preparation of UK company filings for EGCL<br>• EGCI's breach of its agreements with EGCL<br>• Communications with EGCI's auditors<br>• Claims and Defenses in the litigation |
| | Kevin Donovan<br>c/o Shearman & Sterling LLP<br>525 Market Street, Suite 1500<br>San Francisco, California 94105<br>(415) 616-1100 | • EGCI Board of Director meetings and activities<br>• 2002 Agreement and amendments thereto in 2006 and 2010 |

| | | |
|---|---|---|
| 1 | | • Business and operations of EGCI |
| 2 | | • Financial condition of EGCI during his term of employment with/membership on the Board of Directors of EGCI |
| 3 | | |
| 4 | | |
| 5 | | • Preparation of EGCI's SEC filings from February 2009 through September 2010 |
| 6 | | |
| 7 | | • Public statements regarding EGCI |
| 8 | | • EGCI's breach of its agreements with EGCL |
| 9 | | |
| 10 | | • Decision to remove existing board members of EGCL in December 2009 |
| 11 | | |
| 12 | | • Communications with EGCI's auditors |
| 13 | | • Claims and Defenses in the litigation |
| 14 | Paul Farrell<br>c/o Lim, Kruger & Kim, LLP<br>1055 West 7th Street, Suite 2800<br>Los Angeles, California 90017<br>(213) 955-9500 | • EGCI Board of Directors meetings and activities |
| 15 | | |
| 16 | | • 2002 Agreement and amendments thereto in 2006 and 2010 |
| 17 | | |
| 18 | | • Business and operations of EGCI |
| 19 | | • Financial condition of EGCI during his term of employment with/membership on the Board of Directors of EGCI |
| 20 | | |
| 21 | | |
| 22 | | • Claims and Defenses in the litigation |
| 23 | Eugene Christiansen<br>c/o Shearman & Sterling LLP<br>525 Market Street, Suite 1500<br>San Francisco, California 94105<br>(415) 616-1100 | • EGCI Board of Directors meetings and activities |
| 24 | | |
| 25 | | • 2002 Agreement and amendments thereto in 2006 and 2010 |
| 26 | | |
| 27 | | • Business and operations of EGCI |
| 28 | | • Financial condition of EGCI during his |

| | |
|---|---|
| | • term of employment with/membership on the Board of Directors of EGCI<br><br>• Preparation of EGCI's SEC filings from September 2008 through September 2010<br><br>• EGCI's breach of its agreements with EGCL<br><br>• Decision to remove existing board members of EGCL in December 2009<br><br>• Claims and Defenses in the litigation |
| Anna Houssels<br>c/o O'Melveny & Myers LLP<br>2765 Sand Hill Road<br>Menlo Park, California 94025<br>(650) 473-2600 | • EGCI Board of Directors meetings and activities<br><br>• 2002 Agreement and amendments thereto in 2006 and 2010<br><br>• Business and operations of EGCI<br><br>• Financial condition of EGCI during her term of employment with/membership on the Board of Directors of EGCI<br><br>• Claims and Defenses in the litigation |
| Estate of Lord Steinberg<br>c/o Manning & Kass, Ellrod, Ramirez, Trester LLP<br>801 S. Figueroa Street, 15th Floor<br>Los Angeles, California 90017<br>(213) 624-6900 | • Results of due diligence efforts prior to EGCI stock purchase in 2008<br><br>• 2002 Agreement and amendments thereto in 2006 and 2010<br><br>• Business and operations of EGCI<br><br>• Financial condition of EGCI during Lord Steinberg's membership on the Board of Directors of EGCI and as Chairman of EGCI from June 2008 until November 2009 |

| | |
|---|---|
| | • Claims and Defenses in the litigation |
| Dr. Thomas Lee<br>Margaret Yu<br>Scott Lovell<br>c/o The Rosen Law Firm<br>333 South Grand Avenue, 25th Floor<br>Los Angeles, California 90071<br>(213) 785-2610 | • Plaintiffs' purchase and/or sale of EGCI stock<br><br>• Issues related to Class Certification<br><br>• Materiality of alleged misstatements<br><br>• Reliance on alleged misstatements<br><br>• Alleged damages<br><br>• Claims and Defenses in the litigation |
| Electronic Game Card, Inc.<br>14 Wall Street<br>New York, New York 10005 | • Corporate history of EGCI and EGCL, including acquisition of EGCL by EGCI<br><br>• 2002 Agreement and amendments thereto in 2006 and 2010<br><br>• Business and operations of EGCI and EGCL<br><br>• Financial condition of EGCI and EGCL during the Class Period<br><br>• Preparation of EGCI's SEC filings from April 2007 through November 2009<br><br>• EGCI's breach of its agreements with EGCL<br><br>• Bank accounts in EGCI's name and/or under EGCI's ownership<br><br>• Claims and Defenses in the litigation |
| Electronic Game Card (UK), Ltd.<br>Norfolk House LG Floor<br>31 St. James Square<br>London | • Corporate history of EGCL, including acquisition of EGCL by EGCI<br><br>• 2002 Agreement and amendments |

| | | |
|---|---|---|
| | SW1Y 4JR<br>United Kingdom | thereto in 2006 and 2010<br><br>• Business and operations of EGCL<br><br>• Financial condition of EGCL during the Class Period<br><br>• Bank accounts in EGCL's name and/or under EGCL's ownership<br><br>• Preparation of EGCL's public filings in the United Kingdom during the Class Period<br><br>• EGCI's breach of its agreements with EGCL<br><br>• Claims and Defenses in the litigation |
| | Mendoza Berger and Company, LLP<br>9838 Research Drive<br>Irvine, California 9261<br>(949) 387-9850 | • Audit process for EGCI<br><br>• Communications with directors and officers of EGCI<br><br>• Financial condition of EGCI during the Class Period<br><br>• SEC filings from April 2007 through November 2009<br><br>• Withdrawal of auditor's opinion for 2006, 2007, 2008 financial statements<br><br>• Attempts to confirm EGCL accounts |
| | Robison Hill & Company P.C.<br>1366 East Murray-Holladay Road<br>Salt Lake City, Utah 84117<br>(801) 272-8045 | • Audit process for EGCI<br><br>• Financial condition of EGCI during the Class Period<br><br>• SEC filings |
| | PricewaterhouseCoopers LLP<br>2020 Main Street, Suite 400 | • Forensic review of circumstances leading to withdrawal of auditor's |

| | | |
|---|---|---|
| 1<br>2 | Irvine, California 92614<br>(949) 437 5200 | opinions for 2006 through 2008 |
| 3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | EPN Advisory Limited<br>Suites 21 & 22<br>Victoria House<br>Gibraltar, Spain<br>(350) 200 51714 | • Corporate history of EGCL, including acquisition of EGCL by EGCI<br><br>• 2002 Agreement and amendments thereto in 2006 and 2010<br><br>• Bank accounts in EGCL's name and/or under EGCL's ownership<br><br>• EGCI's breach of its agreements with EGCL |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | Greenfield Capital International, Ltd.<br>(f/k/a Sterling FCS Ltd.)<br>Suite 404, Fourth Floor<br>Albany House<br>324/326 Regent Street<br>London, England W1B3HH<br>United Kingdom | • Board of Directors of EGCL meetings and activities<br><br>• 2002 Agreement and amendments thereto in 2006 and 2010<br><br>• Business and operations of EGCL and EGCI<br><br>• Financial condition of EGCL during the Class Period<br><br>• EGCI's breach of its agreements with EGCL |
| 20<br>21<br>22<br>23<br>24 | RIC Assett Management, Ltd.<br>Berkeley Square House<br>Berkeley Square<br>London W1J6BD<br>United Kingdom<br>(44) (0) 207887 6573 | • Accounts in EGCL's name and/or under EGCL's ownership or control<br><br>• Communications with EGCI's auditors |
| 25<br>26<br>27 | G.C. Andersen Partners LLC<br>430 Park Avenue, Suite 701<br>New York, NY 10022<br>(212) 842-1600 | • Strategic and financial advice to EGCI |

28

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

7
DEFENDANT LEE J. COLE'S RULE 26(a)(1) DISCLOSURE

| | |
|---|---|
| L. Stephen Albright, Esq. (deceased)<br>Albright & Blum, P.C.<br>17337 Ventura Boulevard<br>Suite 208<br>Encino, California 91316 | • SEC advice to EGCI |
| Lewis and Roca LLP<br>40 North Central Avenue<br>Suite 1900<br>Phoenix, Arizona 85004<br>(602) 262-5712 | • Due diligence conducted in connection with Lord Steinberg's investment into EGCI<br><br>• Representation of EGCI and/or its board of directors or officers<br><br>• Communications with EGCI's auditors |
| Hadleys & Co.<br>5 Malvern House<br>199 Marsh Wall<br>London<br>E14 9YT<br>United Kingdom | • Audit process for EGCL<br><br>• Confirmation of EGCL accounts<br><br>• Financial condition of EGCL during the Class Period<br><br>• UK company filings for EGCL |
| David A. Rosenberg<br>Chapter 7 Trustee for EGCL<br>c/o Howard Kim & Associates<br>400 N. Stephanie Street, Suite 160<br>Henderson, Nevada 89014<br>(702) 485-3300 | • Assets of EGCI bankruptcy estate<br><br>• Communications with EGCI auditors |

(B) A copy of, or description by category and location, of all documents, data compilations, and tangible things in the possession, custody, or control of the party that the disclosing party may use to support its claims, or defenses, unless solely for impeachment.

Defendant Lee Cole hereby provides the following description, by category,

SILLS CUMMIS &
GROSS P.C.
ATTORNEYS AT LAW
NEWARK

8
DEFENDANT LEE J. COLE'S RULE 26(a)(1) DISCLOSURE

of documents, date compilations and tangible things in his possession, custody or control that he may use for his claims and defenses. Upon a proper demand, the documents shall be available to plaintiffs for inspection to the extent they may be located or obtained, once issues relating to a discovery stay are resolved and any stay is lifted:

| |
|---|
| 2002 Acquisition Agreement |
| 2006 and 2010 Amendments to the 2002 Acquisition Agreement |
| SEC and other financial filings for EGCI |
| EGCI board of director meeting minutes, agendas and correspondence |
| Correspondence between directors and officers of EGCI |
| EGCL board of director meeting minutes, agendas and correspondence |
| EGCL company filings in the United Kingdom |
| Agreements between Sterling and EGCI |
| Correspondence with Mendoza and Berger |
| Documents relating to EGCI's business operations, development |

(C) A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

(D) For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action of to indemnify or reimburse of payments made to satisfy a judgment.

    Berkley Insurance Company
    Directors, Officers and Corporate Liability Insurance
    Policy No. 1932821
    September 29, 2009 – September 29, 2010

    A copy of this policy will be produced to Plaintiffs.

DATED: August 15, 2011

By: /s/ Lawrence B. Steinberg
Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

| | |
|---|---|
| Kenneth R. Schachter, Esq. (pro hac vice) | Jeffrey J. Greenbaum, Esq. (pro hac vice) |
| Sills Cummis & Gross P.C. | Hervé Gouraige, Esq. (pro hac vice) |
| 30 Rockefeller Plaza, 29th floor | Sills Cummis & Gross P.C. |
| New York, New York 10102 | One Riverfront Plaza |
| Telephone: (212) 643-7000 | Newark, New Jersey 07102 |
| Facsimile: (212) 643-6500 | Telephone: (973) 643-7000 |
| | Facsimile: (973) 643-6500 |

Counsel for Defendant Lee J. Cole

## CERTIFICATE OF SERVICE

I, Jason L. Jurkevich, hereby declare under penalty of perjury as follows:

I am an attorney with the Firm of Sills Cummis & Gross P.C., attorneys for Defendant Lee J. Cole in this matter. I am over the age of eighteen.

On August 15, 2011, I caused to be served upon lead for plaintiffs in this matter, and upon counsel of record for all other defendants in this matter, the foregoing Initial Disclosures of Defendant Lee J. Cole pursuant to Fed. R. Civ. P. 26(a)(1), via e-mail and first class mail.

Executed on August 15, 2011

_____
JASON L. JURKEVICH