# EXHIBIT 3

**Kim, Phillip**

| | |
|---|---|
| **From:** | Kim, Phillip |
| **Sent:** | Thursday, June 23, 2011 4:35 PM |
| **To:** | 'shibbard@shearman.com'; 'rpearlson@sillscummis.com'; 'lsteinberg@buchalter.com'; 'jfortinsky@shearman.com'; 'andrew.meehan@kobrekim.com.hk'; 'saronson@omm.com'; 'aje@mmker.com' |
| **Cc:** | 'Rosen, Laurence'; Tim Brown; Jonathan Horne |
| **Subject:** | EGMI |

See attached subpoena that will be sent out for service shortly.



2011-6-23-MB
Sub .pdf

PHILLIP KIM, ESQ.
THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE, 34TH FLOOR
NEW YORK, NEW YORK 10016
tel: (212) 686-1060
fax: (212) 202-3827
email: pkim@rosenlegal.com
http://www.rosenlegal.com