# EXHIBIT 4

# HORWITZ, CRON & ARMSTRONG, LLP

Lawrenece M. Cron, Esq.

Attorneys at Law
26475 Rancho Parkway
Lake Forest, California 92630
Telephone (949) 540-6544
Facsimile (949) 540-6581

E-mail: lcron@hclaw.biz

September 1, 2011

**_Via U.S. Mail – Delivery Confirmation # 03103490000223588426_**
Phillip Kim, Esq.
**THE ROSEN LAW FIRM**
275 Madison Avenue
34th Floor
New York, NY  10016

   *Re:*  **In Re: Electronic Game Card**

Dear Mr. Kim:

  Per the subpoena served upon Mendoza Berger for productions all of its files relating to the audits of Electronic Game Card, enclosed, please find Boooks 1-7 containing such files.

  If you have any questions, please do not hesitate to contact me immediately.

         Sincerely,

         *Lawrence Cron*
         Lawrence M. Cron

LMC:
Enclosure

cc (w/o encl):  John R. Armstrong, Esq.