Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

<div style="display: flex">

Jeffrey J. Greenbaum, Esq. (pro hac vice)
Hervé Gouraige, Esq. (pro hac vice)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Kenneth R. Schachter, Esq. (pro hac vice)
Sills Cummis & Gross P.C.
30 Rockefeller Plaza, 29th floor
New York, New York 10112
Telephone: (212) 643-7000
Facsimile: (212) 643-6500

</div>

Counsel for Defendant Lee J. Cole

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARREL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND THE ESTATE OF LORD LEONARD STEINBERG AND DOMINIC BURKE, LYNNE ROCHELLE ATTIAS, AND JOHATHAN STEINBERG AS EXECUTORS/TRUSTEES/ REPRESENTATIVES OF THE ESTATE OF LORD STEINBERG, DEFENDANTS,<br><br>Defendants. | Case No. SACV-10-00252-DOC(RNBx)<br><br>CLASS ACTION<br><br>FINAL JUDGMENT |

It appearing that by Opinion and Order entered on March 6, 2012 [Docket Entry no. 216], the Court granted the motions of defendants LEE J. COLE, LINDEN BOYNE, PAUL FARRELL, THE ESTATE OF LORD LEONARD STEINBERG, ANNA HOUSSELS, KEVIN DONOVAN and EUGENE CHRISTIANSEN;

It is ORDERED, ADJUDGED and DECREED that JUDGMENT be and hereby is entered in favor of defendants and against Plaintiffs, dismissing the Third Amended Complaint with prejudice.

The Clerk of the Court is hereby directed to close this case.

Dated:  March 27, 2012

_____
Hon. David O. Carter
United States District Court Judge

Submitted by:

By: *s/ Lawrence B. Steinberg*

Lawrence B. Steinberg, Esq.
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (310) 460-4481
Facsimile: (310) 282-8213

-and-

| | |
|---|---|
| Jeffrey J. Greenbaum, Esq. (pro hac vice) | Kenneth R. Schachter, Esq. (pro hac vice) |
| Hervé Gouraige, Esq. (pro hac vice) | |
| Sills Cummis & Gross P.C. | Sills Cummis & Gross P.C. |
| One Riverfront Plaza | 30 Rockefeller Plaza, 29th floor |
| Newark, New Jersey 07102 | New York, New York 10112 |
| Telephone: (973) 643-7000 | Telephone: (212) 643-7000 |
| Facsimile: (973) 643-6500 | Facsimile: (212) 643-6500 |

Counsel for Defendant Lee J. Cole