| | |
|---|---|
| 1 | Laurence Rosen (SBN 219683) |
| 2 | **THE ROSEN LAW FIRM, P.A.**<br>355 South Grand Avenue, Suite 2450 |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 785-2610 |
| 4 | Facsimile: (213) 226-4684<br>lrosen@rosenlegal.com |
| 5 | Lead Counsel for Plaintiffs |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DALTON PETRIE, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>     vs.<br><br>ELECTRONIC GAME CARD, INC., LEE J. COLE, LINDEN BOYNE, KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD LEONARD STEINBERG,<br><br>             Defendants. | Case No.: SACV-10-00252 DOC (RNBx)<br><br>**NOTICE OF APPEAL** |

0

Notice is hereby given that Dr. Thomas Lee, his wife Margaret Yu, and Scott Lovell, who are the Lead Plaintiffs in the above-named case, hereby appeal as representatives of the class to the United States Court of Appeals for the Ninth Circuit from the Final Judgment, entered on March 27, 2012, (Docket No. 218), the Order, entered on March 8, 2012, (Docket No. 216), granting the motion to strike and the motions to dismiss the third amended complaint, and the Order, entered on October 19, 2011, (Docket No. 184), granting Lee Cole's motion for judgment on the pleadings and Linden Boyne's motion to dismiss the second amended complaint.

Dated: April 4, 2012

**THE ROSEN LAW FIRM, P.A.**

_/s/ Laurence Rosen_
Laurence Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 4, 2012, I electronically filed the NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 4, 2012

/s/ Laurence Rosen