**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Jonathan Stern, Esq. (*pro hac vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Class Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD LEONARD STEINBERG,<br><br>Defendants. | CASE No.: SACV 10-0252 DOC (RNBx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Judge: Hon. David O. Carter<br>Courtroom: 9D<br>Hearing Date: January 9, 2017<br>Hearing Time: 8:30 a.m. |

1

| | |
|---|---|
| PENNY PACE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiff,<br><br>-against-<br><br>TIMOTHY QUINTANILLA, HENRY MENDOZA, BILL TORRES, JAMES FRANCIS BERGER, AND CINDY E. GONZALEZ,<br>    Defendants. | No. SACV 14-02067-DOC (RNBx) |

To: ALL PARTIES AND THEIR COUNSEL OF RECORD

  PLEASE TAKE NOTICE that, pursuant to Court's Preliminary Approval and Notice Order of September 13, 2016, on January 9, 2017 at 8:30 a.m., or as soon thereafter as counsel may be heard, at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Anna, CA 92701, before the Honorable David O. Carter, United States District Judge, Class Representatives, through their Counsel, will move for final approval of the class action Settlement and the Plan of Allocation of settlement proceeds. Class Representatives' motion is based on the Memorandum of Law in Support; the Declaration of Jonathan Stern in Support of Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulation and Agreement of Settlement dated August 1, 2016; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. An additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal is filed herewith.

2

| | | |
|---|---|---|
| 1 | DATED: December 9, 2016 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM P.A**. |
| 3 | | |
| 4 | | /s/ Jonathan Stern_____ |
| 5 | | Laurence M. Rosen, Esq. (SBN 219683) |
| | | Jonathan Stern, Esq. (*pro hac vice*) |
| 6 | | 355 South Grand Avenue, Suite 2450 |
| 7 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 8 | | Facsimile: (213) 226-4684 |
| 9 | | Email: lrosen@rosenlegal.com |
| | | Email: jstern@rosenlegal.com |
| 10 | | |
| 11 | | Class Counsel for Plaintiffs |

3

# CERTIFICATE OF SERVICE

I, Jonathan Stern, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A. My business address is 275 Madison Avenue, 34th Floor, New York, New York 10016. I am over the age of eighteen.

On December 9, 2016, I electronically filed the attached **NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 9, 2016

/s/ Jonathan Stern