# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

JS-6

| | |
|---|---|
| DALTON PETRIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: SACV 10-0252 DOC (RNBx) |
| Plaintiffs, | CLASS ACTION |
| vs. | ORDER GRANTING PLAINTIFFS' MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS |
| ELECTRONIC GAME CARD, INC.; LEE J. COLE; LINDEN BOYNE; KEVIN DONOVAN, PAUL FARRELL, EUGENE CHRISTIANSEN, ANNA HOUSSELS, AND LYNNE ROCHELLE ATTIAS AND JONATHAN STEINBERG AS EXECUTORS OF THE ESTATE OF LORD LEONARD STEINBERG, | |
| Defendants. | |

PENNY PACE, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,

-against-

TIMOTHY QUINTANILLA,  HENRY
MENDOZA, BILL TORRES, JAMES
FRANCIS BERGER, AND CINDY E.
GONZALEZ,

    Defendants.

No.  SACV 14-02067-DOC
(RNBx)

IT IS HEREBY ORDERED THAT:

  1. The funds that are currently in the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a pro rata basis to the Authorized Claimants identified in Exhibit B-1 to the Declaration of Josephine Bravata Concerning Administrative Procedures Performed to Process Claims and the Results Thereof ("Bravata Declaration"), at the direction of Lead Plaintiffs' Counsel, The Rosen Law Firm P.A., pursuant to the Stipulation and Agreement of Settlement dated August 1, 2016 (the "Stipulation") and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Settlement of Class Action that was distributed pursuant to this Court's prior Order.

  2. Any person asserting any rejected or subsequently filed claims are finally and forever barred as of June 9, 2017[1].

  3. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted

---

[1] The date used to finalize the administration based on the Bravata Declaration.

herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund  (including, but not limited to Lead Plaintiffs' Counsel and Strategic Claims Services) are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

4.     The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER DISTRIBUTION DATE." Lead Counsel and The court-appointed Claims Administrator, Strategic Claims Services ("SCS") are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her or its check within said time.

5.     If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net Settlement Fund one (1) year after the initial distribution of such funds shall be re-distributed, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such re-distribution, to Settlement Class Members who have cashed their checks and who would receive at least $10.00 from such re-distribution. If any funds shall remain in the Net Settlement Fund six months after such re-distribution, then such balance shall be contributed to the Legal Aid Society of Orange County, California, or any not-for-profit successor of it.

6.     SCS is hereby ordered to discard paper or hard copies of Proofs of Claims and supporting documents not less than one (1) year after all distributions of the Net Settlement Fund to the eligible claimants, and electronic copies of the

same not less than three (3) years after all distributions of the Net Settlement Fund to the eligible claimants.

       7.     This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED

Dated: July 28, 2017

_____
Honorable David O. Carter
U.S. District Court Judge